## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD.<br>Plaintiff,<br><br>v.<br><br>EXTENDED DISC NORTH AMERICA, INC.<br>Defendants. | Civil Action No. 4:10-CV-03350<br><br>**JURY DEMANDED** |

### ORDER GRANTING EXTENDED DISC NORTH AMERICA, INC.'S REQUEST FOR EMERGENCY SUBMISSION

After considering Defendant Extended DISC North America, Inc.'s Motion to Stay Proceedings Pending Reexamination of U.S. Patent No. 7,249,372 and Request for Emergency Submission, the Court,

GRANTS the request for emergency submission and will consider Defendant's Motion to Stay Proceedings Pending Reexamination of U.S. Patent No. 7,249,372 on _____, 2011. Therefore, all responses to Defendant's Motion to Stay Proceedings Pending Reexamination of U.S. Patent No. 7,249,372 Motion shall be filed no later than _____.

SIGNED on _____, 2011.

_____
U.S. DISTRICT JUDGE

1

APPROVED & ENTRY REQUESTED:

**DRUCKER, RUTLEDGE & SMITH, L.L.P.**

*/S / Rachael M. Rolon*

Rachael M. Rolon, Attorney in Charge
SBN: 24013418
Fed ID: 560838
Waterway Plaza One
10003 Woodloch Forest Drive, Suite 225
The Woodlands, Texas   77380
Telephone: 281-681-3515
Facsimile: 281-681-3543
rolon@drs-llp.com