UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD.<br>Plaintiff,<br><br>v.<br><br>EXTENDED DISC NORTH AMERICA, INC.<br>Defendants. | § § § § § § § § § § | Civil Action No. 4:10-CV-03350<br><br>JURY DEMANDED |

## ORDER GRANTING EXTENDED DISC NORTH AMERICA, INC.'S MOTION TO STAY

After considering Defendant Extended DISC North America, Inc.'s Motion to Stay Proceedings Pending Reexamination of U.S. Patent No. 7,249,372, the response, the reply and after hearing, if any, the Court

GRANTS the motion and stays the proceedings in this matter pending the resolution of the reexamination of U.S. Patent No. 7,249,372 by the U.S. Patent and Trademark Office.

SIGNED on _____, 2011.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:
**DRUCKER, RUTLEDGE & SMITH, L.L.P.**

/S/ *Rachael M. Rolon*

Rachael M. Rolon, Attorney in Charge
SBN: 24013418
Fed ID: 560838
Waterway Plaza One
10003 Woodloch Forest Drive, Suite 225
The Woodlands, Texas 77380
Telephone: 281-681-3515
Facsimile: 281-681-3543
rolon@drs-llp.com