UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD.<br>    Plaintiff,<br><br>v.<br><br>EXTENDED DISC NORTH AMERICA, INC.<br>    Defendants. | § § § § § § § § § § | Civil Action No. 4:10-CV-03350<br><br>JURY DEMANDED |

### APPENDIX TO
### DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING
### REEXAMINATION PROCEEDINGS OF U.S. PATENT NO. 7,249,372

Exhibits to Motion to Stay

Exhibit A    Affidavit of Jukka Sappinen with attached Request for Reexamination of U.S. Patent No. 7,249,372

Exhibit B    U.S. Patent and Trademark Office statistical publication "*Ex Parte* Reexamination Filing Data - September 30, 2010"

Cases
Tab No.

1. *Alza Corp. v. Wyeth*, No. Civ.A 9:06-CV-156, 2006 WL 3500015 (E.D. Tex. Nov. 21, 2006)

2. *Cameras Onsite, LLC v. Digital Mgmt. Solutions, Inc.*, No. H-09-2518, 2010 WL 1268054 (S.D.Tex. Mar. 24, 2010)

3. *Dataquill Ltd. v. High Tech Computer Corp.*, No. 08cv543-IEG-LSP, 2009 WL 1391537 (S.D. Cal. May 14, 2009)

4. *EchoStar Techs. Corp. v. TiVo, Inc.*, No. 5:05 CV 81, 2006 WL 2501494 (E.D.Tex. Jul. 14, 2006)

5. *Grayling Indus., Inc. v. GPAC, Inc.*, No. 1:89-CV-451-ODE, 1991 WL 236196 (N.D.Ga. Mar. 25, 1991)

6. *JAB Distribs., LLC v. London Luxury, LLC*, No. 09 C 5831, Slip Copy, 2010 WL 1882010 (N.D.Ill. May 11, 2010)

7. *KLA-Tencor Corp. v. Nanometrics, Inc.*, No. C 05-03116 JSW, 2006 WL 708661 (N.D. Cal. Mar. 16, 2006)

8. *Magna Donnelly Corp. v. Pilkington N.A., Inc.*, No. 4:06-CV-126, 2007 WL 772891 (W.D.Mich. Mar. 12, 2007)

9. *Tesco Corp., (US) v. Varco I/P, Inc.*, No. H-05-2118, Slip Copy, 2006 WL 6625915 (S.D.Tex. Nov. 9, 2006)

<u>Miscellaneous</u>
Tab No.
10. H.R. Rep. No. 96-1307(I) (1980)

11. Manual of Patent Examining Procedures § 2261.