UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD. Plaintiff, | § § § § | |
| v. | § § | Civil Action No. 4:10-CV-03350 JURY DEMANDED |
| EXTENDED DISC NORTH AMERICA, INC. Defendants. | § § § § | |

### AFFIDAVIT OF JUKKA SAPPINEN

BEFORE ME, the undersigned authority, on this day personally appeared JUKKA SAPPINEN, who under oath stated as follows:

1. "My name is Jukka Sappinen. I am over eighteen (18) years of age and am legally competent to make this Affidavit, which is true and correct, and is based on my personal knowledge as CEO of Extended DISC International, Ltd. I make this affidavit voluntarily and not under duress.

2. On January 14, 2011, Extended DISC International, Ltd. filed a request for reexamination of U.S. Patent No. 7,249,372. A true and correct copy of the filed request for reexamination is attached hereto as Tab "1."

FURTHER AFFIANT SAYETH NOT.

By: _____
Jukka Sappinen

This is to certify the own hand signature/signatures
of Jukka Sappinen
Espoo 21 01. 2011
Ex officio:
Fee EUR:

Heidi Rantatulkkila
Notary Public

**EXHIBIT A**