IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANT(s):  Bill J. Bonnstetter

PATENT NO.:  7,249,372

ISSUE DATE:  24 July 2007

ORIGINAL  Aravind K. Moorthy
EXAMINER:

TITLE:  NETWORK BASED DOCUMENT DISTRIBUTION METHOD

ATTORNEY
DOCKET NO.:  ESP.1487

Mail Stop Ex Parte Reexam
Commissioner of Patents
P.O. Box 1450
Alexandria, VA  22313-1450

**REQUEST FOR REEXAMINATION OF
U.S PATENT No. 7,249,372 B1
UNDER 35 U.S.C. §302; 37 C.F.R. §1.510**

## I.  Introduction

The undersigned respectfully requests reexamination of claims 1-11 of United States Patent No. 7,249,372 to Bonnstetter et al. ("Bonnstetter"). Patent No. 7,249,372 was filed January 12, 2001, as US Serial No. 09/760,145 and issued on July 24, 2007 to Bill J. Bonnstetter et al. A copy of the Bonnstetter patent has been submitted as required by 37 C.F.R. §1.510(4).

The Bonnstetter patent is currently involved in litigation at the United States District Court for the Southern District of Texas.  There has been no final judgment in the suit, Civil Action No. 4:10-CV-03350 (Target Training International Ltd. v. Extended Disc North America, Inc.).

**Identification of Claims and Statement of New Questions of Patentability** begins on page **2** of this paper.

**Detailed Explanation** begins on page **3** of this paper.

**Conclusion** begins on page **36** of this paper.



**II. Identification of Claims for Which Reexamination is Requested and Statement Pointing Out Each Substantial New Question of Patentability Under 37 C.F.R. §1.510(b)(1)**

Reexamination of claims 1-11 of Bonnstetter is requested in view of the following. This prior art references raise a substantial new question of the patentability of claims 1-11.

**A.**     Claims 1-7, 9-11 are anticipated by International Publication No. WO 99/59093 to Teknekron Infoswitch Corporation ("Teknekron").

The Teknekron reference was filed on May 7, 1999 and claims the priority date of May 8, 1999. The international application was published on November 18, 1999.

**B.**     Claim 8 is obvious over International Publication No. WO 99/59093 ("Teknekron").

**C.**     Claims 1-11 are obvious over US Patent No. 6,524,109 to Lacy et al. ("Lacy") in view of Teknekron.

The Lacy reference was filed on August 2, 1999 as US Serial No. 09/633,060 and was issued on February 25, 2003.

**D.**     Claims 1-11 are obvious over US Patent No. 6,524,109 to Lacy et al. ("Lacy '109") in view of Teknekron further in view of US 6,735,570 ("Lacy '570").

The Lacy '109 reference was filed on August 2, 1999 as US Serial No. 09/366,018 and was issued on May 11, 2004.

**E.**     Claim 1 is anticipated by International Publication No. WO 99/33016 to Charles Wong ("Wong").

The Wong reference was filed on December 22, 1998 and claims priority to US 08/995,591, filed December 22, 1997. The international application was published on July 1, 1999.

Teknekron, Lacy and Wong were not of record in the original prosecution of the Bonnstetter patent. None of these references was disclosed, cited or considered by the Examiner in the original prosecution. These references disclose the methods and system of claims 1-11 of Bonnstetter. Therefore, these references raise a substantial new question of patentability.

Copies of these references are submitted herewith.

### III.     Detailed Explanation Under 37 C.F.R. §1.510(b)(2)

### A.     US 7,249,372 B1 (Bonnstetter)

The Bonnstetter patent claims priority to US Provisional Application No. 60/176,420, filed on January 14, 2000, now expired.

In the "Background of the Invention", Bonnstetter discloses a known method whereby employee evaluation firms sell, license, or otherwise market employee evaluation forms and employee evaluation systems to other businesses. In the usual manner, the forms are sold to business that utilize the forms to evaluate their employees. Forms are usually delivered to the business on printed paper. The employee evaluation firms may also process and analyze the completed forms for the various businesses that use them.

Bonnstetter relates to a method of distributing documents that includes the step of displaying the documents on a web site. Responses to the documents are accepted on the web site. After the responses have been accepted, they are processed into a report and the report is returned to an interested party.

In the examination of Bonnstetter, the main prior art reference relied on by the Examiner was WO 00/55792 (hereinafter "Howard"). According to the Examiner, Howard differs from Bonnstetter because Howard fails to disclose initializing "permissions" relative to the password based on the level of rights for the entity. Howard does not disclose the permissions including at least one respondent password having permissions based on the level of rights for a respondent. Howard also does not disclose sending the assessment report to one or more locations authorized by the permissions. The Examiner allowed Bonnstetter on the basis that the prior art of record failed to teach these differences.

In light of new prior art submitted herewith and the following arguments, reexamination of Bonnstetter is being requested.

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1                                    ESP.1487

**B.    Claims 1-7, 9-11 are anticipated by WO 99/59093 ("Teknekron")**

1.  Claims 1-5

With regards to claim 1, Teknekron teaches an evaluation system that can be accessed remotely by a user, user access and access to results reports being managed by permissions that are linked to a password.

The sections of the specification and figures of Teknekron that anticipate each feature of claim 1 are summarized in the chart below.

| Claim 1 of Bonnstetter | Relevant disclosure in Teknekron (WO 99/59093) |
|---|---|
| A method for managing distribution of assessment documents over a wide area comprising: | <br>*FIG. 1*<br><br>Teknekron discloses a system and method of managing assessment documents, performance evaluation system 10. "The performance evaluation system 10 uses productivity and quality data to evaluate the performance of an individual, group, process or other suitable type of item or operation." (page 6, lines 21-23) |

| | Performance evaluation system 10 of Teknekron includes client space 12, server application space 14 and database space 16. "Client space 12 is implemented on a client platform 18 such as a work station, personal computer or other device cabale of communicating between a user and a server. The server and database spaces 14 and 16 are implemented on a server platform 20 such as a personal computer or other device capable of being remotely accessed over a network. <br><br> "The client and server platforms 18 and 20 are connected by a network 22. The network 22 may [be] the Internet or other wide area network (WAN), and enterprise intranet or other local area network (LAN), or other suitable type of link capable of communicating data between the client and server platforms 18 and 20." (page 6, line 25-page 7, line 6) |
|---|---|
| (a) providing an assessment instrument for completion by respondents; | Teknekron discloses business objects 42 which include **an evaluation object.** (page 7, lines 24-29) <br><br> "The evaluation object provides interfaces for performing evaluations." (page 7, lines 24-29; page 7, line 35-page 8, line 1) <br><br> "The plan tables 86 store questions, performance areas, and guidelines for generating performance evaluations in the performance evaluation system 10." (page 11, lines 20-22) |
| (b) assigning a password for an entity having a level of rights; | Teknekron discloses organization tables 82, which "allow an enterprise to set up the performance evaluation system 10 to correspond to its organizational structure." (page 11, lines 11-17) |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1                                    ESP.1487

| | Referring to FIG. 3, organizational tables 82 include a level table 120 which "lists all the levels of the enterprise by a level ID. The levels are a collection of members who can be grouped together. The level IDs may be any suitable identifier operable to uniquely identify levels." (page 13, lines 5-12)<br><br>Organization tables 82 also include **member tables 124** which "list in a first field all the members of the enterprise by a member ID...In the member attribute tables 124, a second field **assigns the member to a level.** Additional fields provide member attributes, such as first and last name, **password,** comments and the like." (page 13, lines 31-32; page 14, lines 3-6) |
| (c) initializing permissions relative to the password based on the level of rights for the entity, said permissions including at least one respondent password having permissions based on the level of rights for a respondent; | Teknekron discloses privilege tables 84 which assign each user a view and a class of services. "The view specifies the levels and members of an organizational structure to which the user is allowed access. The class of services specifies the services of the performance evaluation system 10 that the user is allowed to perform." (page 15, lines 21-27)<br><br>"The users are people in the performance evaluation system 10 that perform the evaluations and that carry out the various tasks associated with the evaluation process such as defining all of the information needed to perform the evaluations." (page 14, lines 14-19)<br><br>"The user has access privileges to perform services within the user's class of services for levels and members within the user's view. In this way, access privileges may be easily updated and maintained for the user in response to |

6

| | |
|---|---|
| | changes in allowed services or organizational structure. As a result, system administration cost is reduced." (page 4, lines 25-27) |
| (d) allowing the entity access to a web site on a global computer network and enabling the initialized permissions for the entity; | "Users can take advantage of the Internet or other network to remotely access the performance evaluation system and complete member evaluations. Members can also remotely track their progress." (page 12, lines 9-12) |
| | "In a particular embodiment, the client and server platforms 18 and 20 are each a personal computer connected via the Internet. In this embodiment, the client and server 18 and 20 may each operate using MICROSOFT WINDOWS NT." (page 11, line 31 – page 12, line 5) |
| | "The privilege tables 84 assign each user a view and a class of services. The view specifies the levels and members of an organizational structure to which the user is allowed access. The class of services specifies services of the performance evaluation system 10 that the user is allowed to perform." (page 15, lines 21-25) |
| (e) providing an assessment instrument to the respondent which gauges an individual potential employee's suitability with regards to a particular job, an individual existing employee's suitability or performance with regards to a particular job, or an individual boss's performance with regards to a particular job; | "The plan tables 86 store questions, performance areas, constructed of a set of questions, and guidelines constructed of a set of performance areas. The questions, performance areas, and guidelines are used to generate performance evaluations for members of the performance evaluation system 10... In addition, members of a group are evaluated against the same set of criteria to provide fairness and objectivity." (page 18, line26 – page 19, line 3)<br><br>"The performance area table 154 lists all the performance areas in the performance evaluation system 10 by a |

| | performance area ID. **Each performance area is a grouping of questions that relates to a particular area of job performance.** The performance area IDs may be any suitable identifier operable to uniquely identify the performance areas." (page 20, lines 12-16) |
|---|---|
| | "Question assignment table 156 assigns questions to the performance areas. In the question assignment table 156, a first field identifies a performance area by a performance area ID and a second field identifies a question assigned to the performance area by a question ID. One or more questions may be assigned to each of the performance areas. In addition, questions may be reused between performance areas." (page 20, lines 19-26) |
| | "Figure 8 illustrates details of an evaluation stored in the evaluation tables 92. As previously described, the evaluation is automatically generated based on guidelines, performance areas, and questions selected for the evaluation...<br><br>The evaluation includes a member ID 180 for whom the evaluation was completed, and a plurality of performance areas 184. The performance areas 184 each include one or more questions 186 and their associated answer types 188. As the evaluation is completed, responses 190 are stored for each question and used to calculate a quality score 192 for the performance area 184. The quality score is a measure of "goodness" for the member's performance." (page 24, lines 12-26) |
| (f) receiving responses from the respondent to the assessment instrument; | "The evaluation tables 92 **store responses and scores for completed evaluations.** The filter tables 94 store filters for sorting data and displaying results in the reports 44 and charts 46." (page 11, lines 26-30) |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1                                    ESP.1487

| | |
|---|---|
| | "As the evaluation is completed, responses 190 are stored for each question and used to calculate a quality score 192 for the performance area 184.  The quality score is a measure of "goodness" for the member's performance." (page 24, lines 12-26) |
| (g) processing the responses into an assessment report | Figure 1 of Teknekron discloses "reports" 44.<br><br>"The evaluation tables 92 store responses and scores for completed evaluations. The filter tables 94 store filters for sorting data and displaying results in the **reports 44 and charts 46**." (page 11, lines 26-30)<br><br>"As the evaluation is completed, responses 190 are stored for each question and used to **calculate a quality score** 192 for the performance area 184.  The quality score is a measure of "goodness" for the member's performance.  The quality score 192 for a performance area 184 is calculated based on the relative weight of the questions 186 in the performance area 184.  The score of responses 190 to all questions 186 in the performance area 184 are summed..." (page 24, lines 22-35)<br><br>"The performance areas 184 may also each include one or more expressions 200 to calculate a productivity score 202." (page 26, lines 1-2)<br><br>"Figure 9 illustrates details of the filter tables 94.  The filter allows the user to define certain criteria for reporting and charting.  This criteria is used to sort the data and display results in the charts and reports." (page 27, lines 19-21) |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1                                    ESP.1487

| | |
|---|---|
| (h) sending the assessment report to one or more locations authorized by the permissions. | Teknekron discloses privilege tables 84 that assign a view and a class of services to each user. Thus, a manager may have access to view the reports and charts for all users that report to him. The services allowed to each user are predetermined by a level of the user.<br><br>"The service manager (user 10) is associated with each level in the service manager's branch of the organizational structure and with members that report to the service manager. Thus, the service manager is associated with the company and service group levels and with the service agents that report to the service manager. The associations between the manager, the service level and the service agents are enabled to allow the service manager to access the level and members to configure and perform performance evaluations and other functions for the members and level." (page 16, line 26 – page 17 line 1)<br><br>"The class of service assignment table 142 assigns a class of service template to a user. In the class of service assignment table 142, a first field identifies the user by the user ID and a second field identifies the class of service template by a service template ID...For example, for the call center 100 of FIGURE 2, group and team templates may be defined and associated with the group and team managers, respectively...<br>The services are predefined for the performance evaluation system 10. In a particular embodiment, the services may include administer productivity values, administer productivity data elements, **access charting and reporting and administer filters...**" (page 17, lines 24-35; page 18, lines 13-24) |

In regards to claim 2-3, Teknekron discloses a "system administrator (user 1)," equivalent to the "master distributor level" of Bonnstetter, who is associated with each level and member in the performance evaluation system 10. All of the associations for the system administrator are enabled and thus included in the system administrator's view to allow the system administrator to access each level and member of the system." Teknekron further discloses a "service manager (user 10)," equivalent to the "distributor level" of Bonnstetter, who is associated with each level in his own branch of the organizational structure who report to him. Enabled views allow the administrator or manager to access other members and levels to "configure and perform performance evaluations and other functions for the members and level." (Page 16, line 20 – Page 17, line 1)

In regards to claim 4, Figure 4 of Teknekron illustrates details of the privilege tables 84. "The privilege tables 84 assign each user a view and a class of services. The class of services specifies the services of the performance evaluation system 10 that the user is allowed to perform. The user has access privileges to perform services within the user's class of services for levels and members within the user's view." (Page 15, lines 21-29) Each user having a view and class of services is equivalent to the "client level of rights" of Bonnstetter.

Among the various services that can be performed by a user, depending on the level of access, are, "administer productivity values, administer productivity data elements, access charting and reporting and administer filters, administer keywords, administer member information, administer class of service, administer evaluation expressions, configure data import settings, import data, administer organizational structure, perform reviews, add or modify reviews, delete reviews, administer performance areas and questions, browse my reviews, browse my performed reviews, browse all reviews and administer user information."

In regards to claim 5, Teknekron teaches, "The users are people in the performance evaluation system 10 that perform the evaluations and that carry out the various tasks associated with the evaluation process such as defining all of the information needed to perform the evaluations." (Page 14, lines 14-19) The users of Teknekron are equivalent to the "respondent level" recited in claim 5 of Bonnstetter.

2. Claims 6-7, 9-10

Claim 6 is anticipated by Teknekron. The sections of the specification and figures of Teknekron that anticipate each feature of claim 6 are summarized in the chart below. The

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1                                        ESP.1487

references to the Teknekron publication refer to the copy of the international publication
attached herewith.

| Claim 6 of Bonnstetter | Relevant disclosure in Teknekron (WO 99/59093) |
| --- | --- |
| A system for managing assessments comprising: (a) a plurality of terminals each adapted to access a wide area network; (b) a central server; | Performance evaluation system 10 of Teknekron includes client space 12, server application space 14 and database space 16. "Client space 12 is implemented on a client platform 18 such as a work station, personal computer or other device cabale of communicating between a user and a server.  The server and database spaces 14 and 16 are implemented on a server platform 20 such as a personal computer or other device capable of being remotely accessed over a network. "The client and server platforms 18 and 20 are connected by a network 22.  The network 22 may [be] the Internet or other wide area network (WAN), and enterprise intranet or other local area network (LAN), or other suitable type of link capable of communicating data between the client and server platforms 18 and 20." (page 6, line 25-page 7, line 6) "Users can take advantage of the Internet or other network to remotely access the performance evaluation system and complete member evaluations.  Members can also remotely track their progress." (page 12, lines 9-12) |
| (c) software associated with the central server which administers a web site and which provides permissions; | Server engine 40 "includes active server pages (ASP) 50 that include server-side components and scripting.  The server-side components are specialized Active X components executed prior to delivery of web pages to the client space 12.  The server-side scripting access the interfaces of the server-side components.  Use of the active server pages 50 allows the web pages to be updated in response to changing system and database settings." |

| | (page 7, lines 16-23) |
|---|---|
| | Business objects 42 "call stored procedures in the database space 16 and perform preprocessing and expressions processing functions...The organization object provides an interface for basic organizational functionality. The organization object also provides an interface for a class of services table giving the client space 12 access to allowed functions." (page 7, lines 24-33) |
| (d) a password having a set of permissions correlated to a respondent for an assessment survey which gauges an individual potential employee's suitability with regards to a particular job, an individual existing employee's suitability or performance, with regards to a particular job, or an individual boss's performance with regards to a particular job; | Organization tables 82 also include **member tables 124** which "list in a first field all the members of the enterprise by a member ID...In the member attribute tables 124, a second field **assigns the member to a level.** Additional fields provide member attributes, such as first and last name, **password,** comments and the like." (page 13, lines 31-32; page 14, lines 3-6)<br><br>Privilege tables 84 "assign each user a view and a class of services. The view specifies the levels and members of an organizational structure to which the user is allowed access. The class of services specifies the services of the performance evaluation system 10 that the user is allowed to perform." (page 15, lines 21-27) |
| (e) a password having a set of permissions correlated to an entity interested in the respondent's responses to the assessment survey specifics. | "The service manager (user 10) is associated with each level in the service manager's branch of the organizational structure and with members that report to the service manager. Thus, the service manager is associated with the company and service group levels and with the service agents that report to the service manager. The associations between the manager, the service level and the service agents are enabled to allow the service manager to access the level and members to configure |

| | and perform performance evaluations and other functions for the members and level." (page 16, line 26 – page 17 line 1)<br><br>"The class of service assignment table 142 assigns a class of service template to a user. In the class of service assignment table 142, a first field identifies the user by the user ID and a second field identifies the class of service template by a service template ID...For example, for the call center 100 of FIGURE 2, group and team templates may be defined and associated with the group and team managers, respectively...<br>The services are predefined for the performance evaluation system 10. In a particular embodiment, the services may include administer productivity values, administer productivity data elements, **access charting and reporting and administer filters...**" (page 17, lines 24-35; page 18, lines 13-24) |
| --- | --- |

In regards to claim 7, Teknekron discloses, "The performance area table 154 lists all the performance areas in the performance evaluation system 10 by a performance area ID. Each performance area is a grouping of questions that relates to a particular area of job performance." (Page 20, lines 10-14)

In regards to claim 9, Teknekron discloses, "The evaluation tables 92 store responses and scores for completed evaluations. The filter tables 94 store filters for sorting data and displaying results in the reports 44 and charts 46." (Page 11, lines 26-30) Teknekron further discloses hard copy reports. "The keywords can also be used to filter performance data for analysis or **printing** reports." (Page 15, lines 1-3)

In regards to claim 10, Teknekron discloses assigning each user to a level and a set of privileges using the privilege tables 84. Since each user is also associated with a password, the password is therefore assigned a set of privileges, or permissions. "A second field assigns the member to a level. Additional fields provide member attributes, such as first and last

14

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1                                    ESP.1487

name, password, comments and the like." (Page 14, lines 3-4)  "The privilege tables 84 assign each user a view and a class of services." (Page 26, lines 22-23)

3. Claim 11

Claim 11 of Bonnstetter is anticipated by Teknekron. The sections of the specification and figures of Teknekron that anticipate each feature of claim 11 are summarized in the following chart.

| Claim 11 of Bonnstetter | Relevant disclosure in Teknekron (WO 99/59093) |
|---|---|
| A method of evaluation or assessment of persons, jobs, or employees comprising: (a) assigning a password for a respondent; (b) initializing a set of permissions relative to the password; | Organization tables 82 also include **member tables 124** which "list in a first field all the members of the enterprise by a member ID...In the member attribute tables 124, a second field **assigns the member to a level.** Additional fields provide member attributes, such as first and last name, **password**, comments and the like." (page 13, lines 31-32; page 14, lines 3-6)  Privilege tables 84 "assign each user a view and a class of services. The view specifies the levels and members of an organizational structure to which the user is allowed access. The class of services specifies the services of the performance evaluation system 10 that the user is allowed to perform." (page 15, lines 21-27) |
| (c) providing an assessment instrument which gauges an individual potential employee's suitability with regards to a particular job, an individual existing employee's suitability or performance with regards to a particular job, or an individual boss's performance with regards to a particular job to a | "The evaluation object provides interfaces for performing evaluations." (page 7, lines 24-29; page 7, line 35-page 8, line 1)  "The plan tables 86 store questions, performance areas, and guidelines for generating performance evaluations in the performance evaluation system 10." (page 11, lines 20-22)  "The plan tables 86 store questions, performance areas, |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1                                    ESP.1487

| | |
|---|---|
| respondent after verification of password; | constructed of a set of questions, and guidelines constructed of a set of performance areas. The questions, performance areas, and guidelines are used to generate performance evaluations for members of the performance evaluation system 10... In addition, members of a group are evaluated against the same set of criteria to provide fairness and objectivity." (page 18, line26 – page 19, line 3) |
| | "The performance area table 154 lists all the performance areas in the performance evaluation system 10 by a performance area ID. **Each performance area is a grouping of questions that relates to a particular area of job performance.** The performance area IDs may be any suitable identifier operable to uniquely identify the performance areas." (page 20, lines 12-16) |
| | "Question assignment table 156 assigns questions to the performance areas. In the question assignment table 156, a first field identifies a performance area by a performance area ID and a second field identifies a question assigned to the performance area by a question ID. One or more questions may be assigned to each of the performance areas. In addition, questions may be reused between performance areas." (page 20, lines 19-26) |
| (d) receiving responses from the respondent to the assessment instrument;<br>(e) processing the reports into an assessment report | "The evaluation tables 92 **store responses and scores for completed evaluations.** The filter tables 94 store filters for sorting data and displaying results in the reports 44 and charts 46." (page 11, lines 26-30) |
| | "As the evaluation is completed, responses 190 are stored |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1                                              ESP.1487

| | |
|---|---|
| | for each question and used to calculate a quality score 192 for the performance area 184. The quality score is a measure of "goodness" for the member's performance." (page 24, lines 12-26) |
| (f) sending the assessment report to one or more locations authorized by the set of permissions associated with the password. | Teknekron discloses privilege tables 84 that assign a view and a class of services to each user. Thus, a manager may have access to view the reports and charts for all users that report to him. The services allowed to each user are predetermined by a level of the user.<br><br>"The service manager (user 10) is associated with each level in the service manager's branch of the organizational structure and with members that report to the service manager.  Thus, the service manager is associated with the company and service group levels and with the service agents that report to the service manager. The associations between the manager, the service level and the service agents are enabled to allow the service manager to access the level and members to configure and perform performance evaluations and other functions for the members and level." (page 16, line 26 – page 17 line 1)<br><br>"The class of service assignment table 142 assigns a class of service template to a user.  In the class of service assignment table 142, a first field identifies the user by the user ID and a second field identifies the class of service template by a service template ID…For example, for the call center 100 of FIGURE 2, group and team templates may be defined and associated with the group and team managers, respectively…<br>The services are predefined for the performance evaluation system 10.  In a particular embodiment, the |

|  |
|---|
| services may include administer productivity values, administer productivity data elements, **access charting and reporting and administer filters..."** (page 17, lines 24-35; page 18, lines 13-24) |

## C.     Claim 8 is obvious over WO 99/59093 ("Teknekron")

Claim 8 of Bonnstetter recites an assessment survey that can be either electronic in nature or hard copy in nature. As regards the electronic version, Teknekron teaches that the evaluation system is web-based (Page 12, lines 6-8). Hard copies of electronic information and documents such as assessment surveys are well known. Additionally, since most electronic devices have means of communicating with a printer or other ways of printing hard copies, it would have been obvious to one of skill in the art to create a hard copy of the assessment of Bonnstetter.

## D.     Claims 1-10 are obvious over US 6,524,109 ("Lacy") in view of WO 99/59093 ("Teknekron")

1. Claims 1-5

The sections of the specification and figures of Lacy that disclose the features of claim 1 are summarized in the following chart.

| Claim 1 of Bonnstetter | Relevant disclosure in Lacy (US 6,524,109) |
|---|---|
| A method for managing distribution of assessment documents over a wide area comprising: (a) providing an assessment instrument for completion by respondents; | "Storage device 104 stores a set of data signals defining a Comprehensive Skill Set (CSS) shown in Block 108. This CSS defines a comprehensive list of all skills that are to be used for analysis purposes by the users of a system." (Col. 6, lines 47-51)<br><br>"The CSS includes all skills defined for use by all users in performing skill set evaluations. Thus, for a medium or large-size entity such as a large corporation, the CSS includes skills associated with a wide array of activities |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1

ESP.1487

| | |
|---|---|
| | that cover everything from marketing, business planning initiatives, product development, manufacturing and support, and the like." (Col. 9, lines 37-43) |
| (b) assigning a password for an entity having a level of rights; | "FIG. 8 shows a menu provided by Software Means 300 upon invocation of the skill set analysis tool of the current invention. The user may be required to supply a **user identifier and a password** when invoking the tool." (Col. 11, lines 6-9) |
| (c)   initializing   permissions relative to the password based on the level of rights for the entity,   said   permissions including at least one respondent password having permissions based on the level of rights for a respondent; | "The foregoing objects and other objects and advantages are provided in the current invention, which is an improved skill set assessment system and method for allowing a user to complete the skill set assessment process by reviewing only the subset of skills relevant to the user's employment position." (Col. 3, lines 48-52)<br><br>"Access to these reports are controlled using user identifications and associated passwords. Another function provided by the invention of the preferred embodiment is the "Admin" function 824 of FIG. 8. Selection of this function provides the user with access to additional report generation features that are described in detail in the co-pending application entitled "System and Method for Evaluating a Selectable Group of People Against a Selectable Set of Skills" referenced above and incorporated herein by reference in its entirety, (hereinafter, Co-Pending Application). Access to this function is password controlled, and provides the user with access to the management functions that allow for the creation and deletion of the Skill Sets that may be mapped to nodes in a defined EHS as discussed in reference to FIG. 19." (Col. 17, lines 20-35) |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1

ESP.1487

(e) providing an assessment instrument to the respondent which gauges an individual potential employee's suitability with regards to a particular job, an individual existing employee's suitability or performance with regards to a particular job, or an individual boss's performance with regards to a particular job;



FIG. 8

FIG. 3

"Software means 300 has access to a set of Minimum Skill Set Definitions (MSSDs) shown in Block 302. These MSSDs are selectable for any given user, and may be used as a filter such that during the evaluation process, a user need only review those skills shown as Mandatory Skills in Block 304 that are actually relevant to his employment expectations...According to the current

20

| | invention, the MSSDs are defined using the hierarchical structure of an entity employing the assessment tool. For example, an MSSD may be defined through a process that takes into account the hierarchical corporate structure of a corporation that is using the assessment tool." (Col. 7, lines 30-49) |
|---|---|
| (f) receiving responses from the respondent to the assessment instrument; | "After an employee review has been completed to evaluate the skill assessment data, the data may be uploaded to the Skills Database 114." (Col. 16, lines 42-44) |
| (g) processing the responses into an assessment report; | "FIG. 18 is an illustration of a screen provided after selection of the "Report" function 822.    The screen includes a detailed account of assessment data entered for a particular employee..." (Col. 16, line 62 – Col. 17, line 15) |
| (h)    sending    the    assessment report to one or more locations authorized by the permissions. | "In the preferred embodiment, the reporting function may be used by management personnel to generate reports for those employees included in their managed group(s). Alternatively, a user may employ this function to generate reports summarizing his own skill assessment data. Access to these reports are controlled using user identifications and associated passwords." (Col. 17, lines 16-22) |

Lacy is silent with respect to (d), "allowing the entity access to a web site on a global computer network and enabling the initialized permissions for the entity." Teknekron discloses the use of the internet or other network connection to access the assessment system. It would have been obvious to one of skill in the art to implement the system of Lacy using the internet or other network connection.

In regards to claim 2-3, Lacy discloses two levels of management, an Admin level and a management level. The "Admin" function 824 (Fig. 8) "provides the user with access to additional report generation features...Access to this function is password controlled, and

provides the user with access to the management functions that allow for the creation and deletion of the Skills Sets that may be mapped to nodes in a defined EHS as discussed in reference to FIG. 19." (Col. 17, lines 24-35)   Additionally, Lacy discloses that "several levels of management may participate in the definition of one or more minimum skill sets as follows. For a designated management position, a subset of skills is selected for which assessment is required by all employees reporting, either directly or indirectly, to that management position." (Col. 3, line 64 – Col. 4, line 2) Thus, Lacy discloses the master distributor and distributor levels of rights of claims 2 and 3, enabling the users to (c) manage reports and (a) create response links.

Lacy is silent with regards to the roles of managers and Admins to create passwords, set up new accounts, and change its own and others' account options. However, from the disclosure of Lacy in Figures 5-7, it would be obvious for a person skilled in the art to understand that such organizational hierarchy that is used by the system with different skills is dynamic in nature and can be updated or maintained by an administrator. Furthermore, by combining the disclosure of Lacy with that of Teknekron, user names, passwords and account options would also be obvious to be taken care of by the Administrator or manager of Lacy. Such functions would also generally be understood to be undertaken or within the scope or capacity of individuals serving in such roles.

In regards to claim 4, Lacy teaches that a user, after supplying "a user identifier and a password when invoking the tool," is able to "Change Selected Skill Set 802" (Col. 11, lines 6-20). A user, or "client level", may also generate and manage reports. "In the preferred embodiment, the reporting function may be used by management personnel to generate reports for those employees included in their managed group(s). Alternatively, a user may employ this function to generate reports summarizing his own skill assessment data. Access to these reports are controlled using user identifications and associated passwords.

In regards to claim 5, Lacy discloses that a user must enter identifier and password information when using the assessment tool (Col. 11, lines 6-9). Once permissions have been granted, "the user may perform skill assessment on any of the displayed skills in either portion of the display. This assessment data is stored as Analysis Results 112 in Storage Device 104 (FIG.3)." (Col 20, lines 21-14)

2. Claims 6-10

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1                                    ESP.1487

The sections of the specification and figures of Lacy that disclose the features of claim 6 are
summarized in the following chart.

| Claim 6 of Bonnstetter | Relevant disclosure in Lacy (US6,524,109) |
|---|---|
| (b) a central server; (c) software associated with the central server which...provides permissions; | "The User Interface and Data Entry Means are coupled to a **Storage Device 104**. This Storage Device is further coupled to one or more Instruction Processors 106 that provide the capability to manipulate and process data signals stored in Storage Device 104. Storage Device 104 stores a set of data signals defining a Comprehensive Skill Set (CSS) shown in Block 108. This CSS defines a comprehensive list of all skills that are to be used for analysis purposes by the users of the system. Storage Device 104 further stores **Software Means** shown in Block 110 that defines the process whereby users may utilize User Interface 101 and Data Entry Means 102 to display the CSS, and to further perform skill set analysis using this CSS." (Col. 6, lines 43-55)  "FIG. 8 shows a menu provided by Software Means 300 upon invocation of the skill set analysis tool of the current invention.  The user may be required to supply a **user identifier and a password** when invoking the tool." (Col. 11, lines 6-9) |
| (d) a password having a set of permissions correlated to a respondent for an assessment survey which gauges an individual potential employee's suitability with regards to a particular job, an individual existing employee's suitability or performance, with regards to a | "Access to these reports are controlled using user identifications and associated passwords.  Another function provided by the invention of the preferred embodiment is the "Admin" function 824 of FIG. 8. Selection of this function provides the user with access to additional report generation features that are described in detail in the co-pending application entitled "System and Method for Evaluating a Selectable Group of People Against a Selectable Set of Skills" referenced above and |

| | |
|---|---|
| particular job, or an individual boss's performance with regards to a particular job; | incorporated herein by reference in its entirety, (hereinafter, Co-Pending Application). Access to this function is password controlled, and provides the user with access to the management functions that allow for the creation and deletion of the Skill Sets that may be mapped to nodes in a defined EHS as discussed in reference to FIG. 19." (Col. 17, lines 20-35)<br><br>"The foregoing objects and other objects and advantages are provided in the current invention, which is an improved skill set assessment system and method for allowing a user to complete the skill set assessment process by reviewing only the subset of skills relevant to the user's employment position." (Col. 3, lines 48-52)<br><br>"Software means 300 has access to a set of Minimum Skill Set Definitions (MSSDs) shown in Block 302. These MSSDs are selectable for any given user, and may be used as a filter such that during the evaluation process, a user need only review those skills shown as Mandatory Skills in Block 304 that are actually relevant to his employment expectations....According to the current invention, the MSSDs are defined using the hierarchical structure of an entity employing the assessment tool. For example, an MSSD may be defined through a process that takes into account the hierarchical corporate structure of a corporation that is using the assessment tool." (Col. 7, lines 30-49) |
| (e) a password having a set of permissions correlated to an entity interested in the respondent's responses to the assessment survey specifics. | "In the preferred embodiment, the reporting function may be used by management personnel to generate reports for those employees included in their managed group(s). Alternatively, a user may employ this function to generate reports summarizing his own skill assessment |

| | data.  Access to these reports are controlled by using user identifications and associated passwords." Another function provided by the invention of the preferred embodiment is the "Admin" function 824 of FIG. 8. Selection of this function provides the user with access to additional report generation features that are described in detail in the co-pending application entitled "System and Method for Evaluating a Selectable Group of People Against a Selectable Set of Skills" referenced above and incorporated herein by reference in its entirety, (hereinafter, Co-Pending Application). Access to this function is password controlled, and provides the user with access to the management functions that allow for the creation and deletion of the Skill Sets that may be mapped to nodes in a defined EHS as discussed in reference to FIG. 19" (Col. 17, lines 16-35) |
|---|---|

Lacy is silent with respect to (a), "a plurality of terminals each adapted to access a wide area network," and (c) "software associated with the central server which administers a web site." The Teknekron reference discloses the use of the internet or other network connection to access the system.  It would have been obvious to one of skill in the art to combine the references to implement the assessment tools of Lacy using the internet or other network connection.  Furthermore, it would be obvious to one of skill in the art to use the Software Means (110) of Lacy to administer a web site for using the assessment tools over the internet.

In regards to claim 7, Lacy discloses a system of evaluating or assessing skills sets associated with individual employees which are indicators of the employee's job performance.  "This assessment data may be used by management personnel to perform staffing functions, anticipate training needs, and perform performance reviews...the report includes a section containing skill assessment data for all MSSD skills.  A second section includes all skill assessment data for those skills not included in the selected MSSD." (Col. 16, line 65 – Col. 17, line 5)  Lacy further discloses that "CSS 108 includes a comprehensive list of all skills defined in the system.  For a given business entity, the CSS could include skills relating to all areas of the business endeavor, including marketing, managing, manufacturing, accounting,

product development, and any other task performed in that entity." (Col. 6, line 63 – Col. 7, line 1)

In regards to claim 8, Lacy discloses the electronic assessment by teaching that the assessment tool is implemented by Software Means 300 (Col. 11, line 6) and a "computer-implemented process." (Col. 19, line 36)   Hard copies of electronic information and documents such as assessment surveys are well known. Additionally, since most electronic devices have means of printing hard copies or means of communicating with a printer for making hard copies, the hard copy assessment recited by Bonnstetter in claim 8 would be obvious to one of skill in the art.

In regards to claim 9, Lacy teaches that the report function is read on a "screen", meaning that the reporting tool is electronic in nature. "FIG. 18 is an illustration of a screen provided after selection of the "Report" function 822.  The screen includes a detailed account of assessment data entered for a particular employee." (Col. 16, lines 62-65)  It would be obvious to one of skill in the art to include or use a printing feature to allow hard copies of reports to be generated, as claimed in Bonnstetter claim 9, since most electronic devices such as computers are commonly connected to printers for this purpose.

In regards to claim 10, Lacy teaches that each employee must supply ID and password information when invoking the tool. Additionally, the assessment tool of Lacy is designed so that employees, depending on the organizational structure and to whom they report, only complete skills assessments that are relevant to their job performance.  Therefore, different passwords are said to be associated with different permissions.  "The foregoing objects and other objects and advantages are provided in the current invention, which is an improved skill set assessment system and method for allowing a user to complete the skill set assessment process by reviewing only the subset of skills relevant to the user's employment position." (Col. 3, lines 48-52) Additionally, as described in detail with regard to claims 2-4, Lacy teaches different levels of access to the system, including Admin and manager.

## E.   Claim 11 is obvious over US 6,524,109 ("Lacy '109") in view of WO 99/59093 ("Teknekron"), in further view of US 6,735,570 ("Lacy '570")

The sections of the specification and figures of Lacy that disclose the features of claim 11 are summarized in the following chart.

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1                                      ESP.1487

| Claim 11 of Bonnstetter | Relevant disclosure in Lacy '109 (US 6,524,109) |
|---|---|
| (a) assigning a password for a respondent; <br> (b) initializing a set of permissions relative to the password; | "FIG. 8 shows a menu provided by Software Means 300 upon invocation of the skill set analysis tool of the current invention.  The user may be required to supply a **user identifier and a password** when invoking the tool." (Col. 11, lines 6-9) <br><br> "Access to these reports are controlled using user identifications and associated passwords.  Another function provided by the invention of the preferred embodiment is the "Admin" function 824 of FIG. 8. Selection of this function provides the user with access to additional report generation features that are described in detail in the co-pending application entitled "System and Method for Evaluating a Selectable Group of People Against a Selectable Set of Skills" referenced above and incorporated herein by reference in its entirety, (hereinafter, Co-Pending Application). Access to this function is password controlled, and provides the user with access to the management functions that allow for the creation and deletion of the Skill Sets that may be mapped to nodes in a defined EHS as discussed in reference to FIG. 19." (Col. 17, lines 20-35) |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1

ESP.1487

(c) providing an assessment instrument which gauges an individual potential employee's suitability with regards to a particular job, an individual existing employee's suitability or performance with regards to a particular job, or an individual boss's performance with regards to a particular job to a respondent after verification of password;



FIG. 8



FIG. 3

"Software means 300 has access to a set of Minimum Skill Set Definitions (MSSDs) shown in Block 302. These MSSDs are selectable for any given user, and may be used as a filter such that during the evaluation process, a user need only review those skills shown as Mandatory Skills in Block 304 that are actually relevant to his

28

| | |
|---|---|
| | employment expectations...According to the current invention, the MSSDs are defined using the hierarchical structure of an entity employing the assessment tool. For example, an MSSD may be defined through a process that takes into account the hierarchical corporate structure of a corporation that is using the assessment tool." (Col. 7, lines 30-49) |
| (d) receiving responses from the respondent to the assessment instrument; <br> (e) processing the reports into an assessment report | "After an employee review has been completed to evaluate the skill assessment data, the data may be uploaded to the Skills Database 114." (Col. 16, lines 42-44) <br><br> "FIG. 18 is an illustration of a screen provided after selection of the "Report" function 822.   The screen includes a detailed account of assessment data entered for a particular employee..." (Col. 16, line 62 – Col. 17, line 15) |
| | "In the preferred embodiment, the reporting function may be used by management personnel to generate reports for those employees included in their managed group(s). Alternatively, a user may employ this function to generate reports summarizing his own skill assessment data.  Access to these reports are controlled by using user identifications and associated passwords." <br> Another function provided by the invention of the preferred embodiment is the "Admin" function 824 of FIG. 8. Selection of this function provides the user with access to additional report generation features that are described in detail in the co-pending application entitled "System and Method for Evaluating a Selectable Group of People Against a Selectable Set of Skills" referenced above and incorporated herein by reference in its entirety, (hereinafter, Co-Pending Application). Access to this |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1

ESP.1487

| |
|---|
| function is password controlled, and provides the user with access to the management functions that allow for the creation and deletion of the Skill Sets that may be mapped to nodes in a defined EHS as discussed in reference to FIG. 19" (Col. 17, lines 16-35) |

With regards to (f), "sending the assessment report to one or more locations authorized by the set of permissions associated with the password," Lacy '109 discloses the generation and management of reports in Col. 17, lines 16-35. Lacy '109 is generally silent as to "sending" the assessment reports to locations authorized by the permissions. However Lacy '570 discloses, "Finally, report control selections are retrieved from the user; including whether summary or detailed data is required, and whether the report results are to be **provided to a file or to a display screen**. This is displayed in Step 1808." (Col. 13, lines 51-52) Thus, it would have been obvious to one of skill in the art to send the assessment reports to locations authorized by permissions.

**F.    Claim 1 is anticipated by WO 99/33016 ("Wong")**

1. Claim 1

The sections of the specification and figures of Wong that disclose the features of claim 1 are summarized in the chart below.

| Claim 1 of Bonnstetter | Relevant disclosure in Wong (WO 99/33016) |
|---|---|
| A method for managing distribution of assessment documents over a wide area comprising: (a) providing an assessment instrument for completion by respondents; |  |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1

ESP.1487

|  |  |
|---|---|
|  | "The method of any of the preceding claims further comprising using the data in the database to perform systematic quantitative evaluation of at least one of the employee performance, vendor performance and customer performance." (Claim 63, Page 182)  **FIG.117A** |
| (b) assigning a password for an entity having a level of rights; | Description: Structure for Mega3.5.4 9 EmployPurch **UserPassword** (Page 127) |
| (c) initializing permissions relative to the password based on the level of rights for the entity, said permissions including at least one respondent password having permissions based on the level of rights for a respondent; | "The Access Group column is used to specify the access rights of different users. In the case of viewing quotes, for example, access may range from access only to one's own quotes (individual access), access to one's own quotes and those of user's whom one supervises (supervisory access), or universal access (in the case of a high-ranking executive, for example). (Page 95, lines 6-10) "User roles, rights and authorities can be comprehensively managed." (Page 103, line 35) |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1                                     ESP.1487

|  | Sales | | CSR | | Acct. | | Supervisor | | Mgnt. | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | U | A | U | A | U | A | U | A | U | A |
| 1. Add names. | v | v | v | v | v | v | v | v | v | v |
| 2. Delete/change names. | v | o | v | o | o | v | o | v | v | v |
| 3. Authority to post own quotes. | + | + | + | + | + | + | + | v | + | v |
| 4. Authority to post others' quotes. | + | + | + | + | + | + | + | + | + | v |
| 5. Authority to track own sales status. | + | v | + | v | + | v | + | v | + | v |
| 6. Authority to track own RMA status. | + | v | + | v | + | v | + | v | + | v |
| 7. Authority to track own sales history. | + | v | + | v | + | v | + | v | + | v |
| 8. Authority to track own RMA history. | + | v | + | v | + | v | + | v | + | v |

FIG.45A

| (d) allowing the entity access to a web site on a global computer network and enabling the initialized permissions for the entity; | "The present software program provides for Web access by various business partners to all of the information relevant to the business. The software may therefore be described as Web-enabled Enterprise Resource Planning (WERP) software." (Page 90, lines 16-19)<br><br>"Authorized persons within the purchasing department may then send an order via the Web. In every instance, when Web access is attempted (and in fact every time a TCP packet is received), a user's authority is checked and that user's interaction via the Web is limited to the scope of that authority." (Page 32, lines 26- Page 33, line 1)<br><br><br>FIG.3 |
| (e)   providing   an   assessment | "The method of Claim 63, further comprising at least one |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1

ESP.1487

| | |
|---|---|
| instrument to the respondent which gauges an individual potential employee's suitability with regards to a particular job, an individual existing employee's suitability or performance with regards to a particular job, or an individual boss's performance with regards to a particular job; | of an employee, a vendor and a customer remotely accessing the database and viewing its own quantitative performance data." (Claim 64, Page 182)<br><br>"The method of any of the preceding claims, further comprising providing a central table supporting multiple business functions, whereby changes made by one user performing one business function can be viewed immediately thereafter by other users performing other business functions." (Claim 8, Page 175)<br><br><br>**FIG.117C** |
| (f) receiving responses from the respondent to the assessment instrument;<br><br>(g) processing the responses into an assessment report | "Because the DBMS is Web-enabled, given the appropriate privileges, a complete up-to-the-minute view of every aspect of a business is available from anywhere in the world. Telecommuting is greatly facilitated, with its attendant cost savings. Furthermore, factual evaluation of employee performance, whether of a telecommuting employee or an office-based employee, is greatly facilitated by statistical analysis of accumulated historical performance data (tasks, projects, assignments, reports)." (Page 9, lines 1-7) |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1

ESP.1487



**FIG.119A**

| (h) sending the assessment report to one or more locations authorized by the permissions. | "In addition to the foregoing business rules, or experiential constraints, implemented within each of the individual modules, recall that cross-checks between various domains are performed at intervals. Such cross-checks may be performed nightly or at other periods of low system activity. When performed nightly, the cross-check routine may be referred to as a nightly update. As a result of the nightly update, a nightly update report is generated, all or selected portions of which are automatically emailed to responsible individuals for receipt the following morning. An example of a nightly update report is provided as Appendix A." (Page 75, lines 18-26) |

Request for Ex Parte Reexamination
In Re: US Patent No. 7,249,372 B1

ESP.1487

## IV.    Conclusion

For the reasons stated herein, reexamination of claims 1-11 of Bonnstetter is requested. Claims 1-11 are not patentable for the reasons stated above.

Respectfully submitted,

Geza O. Ziegler, Jr.
Reg. No. 44,004

14 JAN 2011
Date

Ziegler IP Law Group, LLC
518 Riverside Avenue, Synergy Building
Westport, CT 06880

Tel: (203) 659-0388

Customer No. 93582

35

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2011, a Request for ReExamination of US Patent No. 7,249,372 under 35 USC 302, CFR 1.510, was sent via United States Postal Service, first class mail, with adequate postage prepaid to:

        McKee, Voorhees & Sease, PLC
        801 Grand Avenue, Suite 3200
        Des Moines, IA 50309-2721

and

        Target Training International
        16020 N. 77th Street
        Scottsdale, AZ 05260

By: _____
    Geza Q. Ziegler Jr.
    Ziegler IP Law Group, LLC.
    518 Riverside Avenue
    Westport, CT 06880