

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2010

1. Total requests filed since start of *ex parte* reexam on 07/01/81 .................................. 11023[1]

    a. By patent owner                3697        34%
    b. By other member of public      7161        65%
    c. By order of Commissioner        165         1%

2. Number of filings by discipline

    a. Chemical Operation             3068        28%
    b. Electrical Operation           4010        36%
    c. Mechanical Operation           3771        34%
    d. Design Patents                  174         2%

3. Annual *Ex Parte* Reexam Filings

    | Fiscal Yr. | No.          | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |---|---|---|---|---|---|---|---|
    | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
    | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
    | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
    | 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
    | 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
    | 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
    | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
    | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation................................................ 3568.............32%

5. Decisions on requests......................................................................10495

    a. No. granted......................................................... ...9648..........92%

        (1) By examiner                9534
        (2) By Director (on petition)   114

    b. No. denied ..................................................................847...............8%

        (1) By examiner                 812
        (2) Reexam vacated               35

---

[1] Of the requests received in FY 2010, 16 requests have not yet been accorded a filing date, and preprocessing of 80 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1



6.  Total examiner denials (includes denials reversed by Director)..........926

    a.  Patent owner requester          451     49%
    b.  Third party requester           475     51%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency               25.5 (mos.)
    b.  Median pendency                 20.0 (mos.)

8.  Reexam certificate claim analysis:

    |   | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
    |---|---|---|---|---|
    | a. All claims confirmed | 22% | 25% | 12% | 23% |
    | b. All claims cancelled | 8% | 13% | 23% | 12% |
    | c. Claims changes | 70% | 62% | 65% | 65% |

9.  Total *ex parte* reexamination certificates issued (1981 – present) ..........7782

    a.  Certificates with all claims confirmed    1817    23%
    b.  Certificates with all claims canceled      893    12%
    c.  Certificates with claims changes          5072    65%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.  Certificates – PATENT OWNER REQUESTER ..........2947

        (1) All claims confirmed    638    22%
        (2) All claims canceled     251     8%
        (3) Claim changes          2058    70%

    b.  Certificates – 3rd PARTY REQUESTER ..........4681

        (1) All claims confirmed   1161    25%
        (2) All claims canceled     607    13%
        (3) Claim changes          2913    62%

    c.  Certificates – COMMISSIONER INITIATED REEXAM ..........154

        (1) All claims confirmed     18    12%
        (2) All claims canceled      35    23%
        (3) Claim changes           101    65%