# Manual of PATENT EXAMINING PROCEDURE

Original Eighth Edition, August 2001
Latest Revision July 2010



U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

Rev. 8, July 2010

TAB 11

The U.S. Patent and Trademark Office does not handle the sale of the Manual, distribution of notices and revisions, or change of address of those on the subscription list. Correspondence relating to existing subscriptions should be sent to the Superintendent of Documents at the following address:

    Superintendent of Documents    Telephone: 202-512-2267
    Mail List Section, Washington, DC 20402

Inquiries relating to purchasing the Manual should be directed to:

    Superintendent of Documents    Telephone: 202-512-1800
    United States Government Printing Office
    Washington, DC 20402

Orders for reproduced copies of individual replacement pages or of previous revisions of the Manual should be sent to the following address:

    Mail Stop Document Services    Telephone: 1-800-972-6382 or 571-272-3150
    Director of the U.S. Patent and Trademark Office
    P.O. Box 1450
    Alexandria, VA 22313-1450

Previous editions and revisions of the Manual are available on microfilm in the Patent Search Room.
The Manual is available on CD-ROM and on diskette from:

    U.S. Patent and Trademark Office    Telephone: 571-272-5600
    Office of Electronic Information Products
    MDW 4C18, P.O. Box 1450
    Alexandria, VA 22313-1450

Employees of the U.S. Patent and Trademark Office should direct their requests for the Manual, replacement pages, notices, and revisions to the Office of Patent Training.    Telephone: 571-272-7222

Pursuant to the Patent and Trademark Office Efficiency Act (PTOEA) (Pub. L. 106-113, 113 Stat. 1501A-572), the head of the United States Patent and Trademark Office (USPTO) is the "Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office." The Director is assisted by the "Deputy Under Secretary of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office." The patent operations of the USPTO are now headed by the "Commissioner for Patents." The trademark operations of the USPTO are now headed by the "Commissioner for Trademarks." Under section 4741(b) of the PTOEA, any reference to the Commissioner of Patents and Trademarks, the Assistant Commissioner for Patents, or the Assistant Commissioner for Trademarks is deemed to refer to the Director, the Commissioner for Patents, or the Commissioner for Trademarks, respectively. See "Reestablishment of the Patent and Trademark Office as the United States Patent and Trademark Office" published in the *Federal Register* at 65 FR 17858 (Apr. 5, 2000), and in the *Official Gazette of the United States Patent and Trademark Office* at 1234 O.G. 41 (May 9, 2000).

Additions to the text of the Manual are indicated by arrows (><) inserted in the text. Deletions are indicated by a single asterisk (*) where a single word was deleted and by two asterisks (**) where more than one word was deleted. The use of three or five asterisks in the body of the laws, rules, treaties, and administrative instructions indicates a portion of the law, rule, treaty, or administrative instruction which was not reproduced.

    First Edition, November 1949
    Second Edition, November 1953
    Third Edition, November 1961
    Fourth Edition, June 1979
    Fifth Edition, August 1983
    Sixth Edition, January 1995
    Seventh Edition, July 1998
    Eighth Edition, August 2001
      Revision 1, February 2003
      Revision 2, May 2004
      Revision 3, August 2005
      Revision 4, October 2005
      Revision 5, August 2006
      Revision 6, September 2007
      Revision 7, July 2008
      Revision 8, July 2010

# Chapter 2200 Citation of Prior Art and Ex Parte Reexamination of Patents

2201 Introduction
2202 Citation of Prior Art
2203 Persons Who May Cite Prior Art
2204 Time for Filing Prior Art Citation
2205 Content of Prior Art Citation
2206 Handling of Prior Art Citation
2207 Entry of Court Decision in Patent File
2208 Service of Citation on Patent Owner
2209 Ex Parte Reexamination
2210 Request for Ex Parte Reexamination
2211 Time for Requesting Ex Parte Reexamination
2212 Persons Who May File a Request for Ex Parte Reexamination
2212.01 Inquiries from Persons Other Than the Patent Owner
2213 Representative of Requester
2214 Content of Request for Ex Parte Reexamination
2215 Fee for Requesting Ex Parte Reexamination
2216 Substantial New Question of Patentability
2217 Statement in the Request Applying Prior Art
2218 Copies of Prior Art
2219 Copy of Printed Patent
2220 Certificate of Service
2221 Amendments Included in Request by Patent Owner
2222 Address of Patent Owner
2223 Withdrawal of Attorney or Agent
2224 Correspondence
2225 Untimely Paper Filed Prior to Order
2226 Initial Processing of Request for Ex Parte Reexamination
2227 Incomplete Request for Ex Parte Reexamination
2229 Notice of Request for Ex Parte Reexamination in *Official Gazette*
2230 Constructive Notice to Patent Owner
2231 Processing of Request Corrections
2232 Public Access
2232.01 Determining if a Reexamination >Request< Was Filed for a Patent
2233 Processing in Central Reexamination Unit and Technology Center
2234 Entry of Amendments
2235 Record Systems
2236 Assignment of Reexamination
2237 Transfer Procedure
2238 Time Reporting
2239 Reexamination Ordered at the Director's Initiative
2240 Decision on Request
2241 Time for Deciding Request
2242 Criteria for Deciding Request
2243 Claims Considered in Deciding Request
2244 Prior Art on Which the Determination Is Based
2245 Processing of Decision
2246 Decision Ordering Reexamination
2247 Decision on Request for Reexamination, Request Denied
2247.01 Examples of Decisions on Request for Reexamination
2248 Petition From Denial of Request
2249 Patent Owner's Statement
2250 Amendment by Patent Owner
2250.01 Correction of Patent Drawings
2250.02 Correction of Inventorship
2250.03 Fees for Adding Claims
2251 Reply by Third Party Requester
2252 Consideration of Statement and Reply
2253 Consideration by Examiner
2254 Conduct of Ex Parte Reexamination Proceedings
2255 Who Reexamines
2256 Prior Art Patents and Printed Publications Reviewed by Examiner in Reexamination
2257 Listing of Prior Art
2258 Scope of Ex Parte Reexamination
2258.01 Use of Previously Cited/Consisdered Art in Rejections
2259 Res Judicata and Collateral Estoppel In Reexamination Proceedings
2260 Office Actions
2260.01 Dependent Claims
2261 Special Status For Action
2262 Form and Content of Office Action
2263 Time for Response
2264 Mailing of Office Action
2265 Extension of Time
2266 Responses
2266.01 Submission Not Fully Responsive to Non-Final Office Action
2266.02 Examiner Issues Notice of Defective Paper in Ex Parte Reexamination
2266.03 Service of Papers
2267 Handling of Inappropriate or Untimely Filed Papers
2268 Petition for Entry of Late Papers for Revival of Reexamination Proceeding
2269 Reconsideration
2270 Clerical Handling
2271 Final Action
2271.01 Panel Review
2272 After Final Practice

Case 4:10-cv-03350   Document 24-17   Filed in TXSD on 01/21/11   Page 4 of 4

CITATION OF PRIOR ART AND EX PARTE REEXAMINATION OF PATENTS 2262

of 37 CFR 1.116(b) will be strictly enforced after final action and that any amendment after a final action must include "a showing of good and sufficient reasons why the amendment is necessary and was not earlier presented" in order to be considered. The language of form paragraph 22.04 is appropriate for inclusion in the first Office action:

¶ 22.04 Papers To Be Submitted in Response to Action - Ex Parte Reexamination

In order to ensure full consideration of any amendments, affidavits or declarations, or other documents as evidence of patentability, such documents must be submitted in response to this Office action. Submissions after the next Office action, which is intended to be a final action, will be governed by the requirements of 37 CFR 1.116 after final rejection and 37 CFR 41.33 after appeal, which will be strictly enforced.

## 2260.01   Dependent Claims [R-2]

If ** >an unamended base patent claim (i.e., a claim appearing in the reexamination as it appears in the patent)< has been rejected or canceled, any claim which is directly or indirectly dependent thereon should be confirmed or allowed if the dependent claim is otherwise allowable. The dependent claim should *not* be objected to or rejected merely because it depends on a rejected or canceled patent claim. No requirement should be made for rewriting the dependent claim in independent form. As the original patent claim numbers are not changed in a reexamination proceeding, the content of the canceled base claim would remain in the printed patent and would be available to be read as a part of the confirmed or allowed dependent claim.

If a new base claim (a base claim other than a base claim appearing in the patent) has been canceled in a reexamination proceeding, a claim which depends thereon should be rejected as *>indefinite<. If a new base claim >or an amended patent claim< is rejected, a claim dependent thereon should be objected to if it is otherwise patentable and a requirement made for rewriting the dependent claim in independent form.

## 2261   Special Status for Action

*35 U.S.C. 305.   Conduct of reexamination proceedings.*

*****

All reexamination proceedings under this section, including any appeal to the Board of Patent Appeals and Interferences, will be conducted with special dispatch within the Office.

In view of the requirement for "special dispatch," reexamination proceedings will be "special" throughout their pendency in the Office. The examiner's first action on the merits should be completed within *1 month* of the filing date of the requester's reply (37 CFR 1.535), or within *1 month* of the filing date of the patent owner's statement (37 CFR 1.530) if there is no requester other than the patent owner. If no submissions are made under either 37 CFR 1.530 or 37 CFR 1.535, the first action on the merits should be completed within *1 month* of any due date for such submission. Mailing of the first action should occur within 6 WEEKS after the appropriate filing or due date of any statement and any reply thereto.

Any cases involved in litigation, whether they are reexamination proceedings or reissue applications, will have priority over all other cases. Reexamination proceedings not involved in litigation will have priority over all other cases except reexaminations or reissues involved in litigation.

## 2262   Form and Content of Office Action [R-7]

The examiner's first Office action will be a statement of the examiner's position and should be so complete that the second Office action can properly be made a final action. See MPEP § 2271.

All Office actions are to be typed. The first Office action must be sufficiently detailed that the pertinency and manner of applying the cited prior art to the claims is clearly set forth therein. Where the request for reexamination includes material such as a claim chart to explain a proposed rejection in order to establish the existence of a substantial new question of patentability, the examiner may cut and paste the claim chart (or other material) to incorporate it within the body of the Office action. The examiner must, however, carefully review the claim chart (or other material) to ensure that any items incorporated in a statement of the rejection clearly and completely address the patentability of the claims. For actions subsequent to the first Office action, the examiner must be careful to additionally address all patent owner responses to previous actions. If the examiner concludes in any Office action that one or more of the claims are patentable over the cited patents or printed publications, the examiner should indicate why the claim(s) is clearly patentable in a manner similar to