UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> EXTENDED DISC NORTH AMERICA, INC., <br><br> Defendant. | Civil Action No. 4:10-cv-03350 <br><br> Judge Kenneth M. Hoyt |

### ORDER DENYING EXTENDED DISC NORTH AMERICA, INC.'S MOTION TO STAY

Before the Court is Defendant Extended DISC North America, Inc.'s Motion to Stay (Docket No. 24). After considering the motion and any response and reply, this court is of the opinion that the motion should be DENIED.

SIGNED on February 15, 2011.

_____
Kenneth M. Hoyt
United States District Judge