UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-10-3350 |
| EXTENDED DISC NORTH AMERICA, INC., | § § § | |
| Defendant. | § | |

## ORDER ENLARGING TIME

On consideration of the parties' stipulation to enlarge time, the Court hereby orders that the December 14, 2010 Scheduling Order (Dkt. No. 23) is amended as follows:

1. Parties exchange preliminary claim construction and extrinsic evidence is moved from April 22, 2011 to April 29, 2011;

2. Disclosure of parties' claims construction experts and reports is moved from May 20, 2011 to May 23, 2011;

3. Deadline to amend pleadings (pre-claim construction) is moved from May 20, 2011 to May 23, 2011; and

4. Deadline to file joint claim construction and pre-hearing statement is moved from May 20, 2011 to May 23, 2011.

SIGNED at Houston, Texas this 21st day of April, 2011.

_____
Kenneth M. Hoyt
United States District Judge