# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § § § § § § § § § | Civil Action No. 4:10-cv-03350 |
| Plaintiff, | | |
| v. | | |
| EXTENDED DISC NORTH AMERICA, INC., | | JURY TRIAL DEMANDED |
| Defendant. | | |

## ORDER

Came for consideration before the Court, Extended DISC North America, Inc.'s Motion To Stay Pending Reexamination. The Court, having considered the papers and the arguments of counsel and good cause having been shown, **GRANTS** the motion and **ORDERS** as follows:

Further proceedings in this case are **STAYED** pending the reexamination of U.S. Patent No. 7,248,372;

The Parties shall submit to the Court a joint report regarding the status of the reexamination proceedings within six (6) months after the date of this Order and at six-month intervals thereafter until the PTO issues a final decision with respect to the reexamination; and

The Parties shall promptly advise the Court when the reexamination proceeding has been concluded, and the stay may be lifted.

SIGNED on _____, 2011    _____
                                                                             Kenneth M. Hoyt
                                                                             United States District Judge