IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | ) ) ) | |
| Plaintiff, | ) ) ) ) | Civil Action No. 4:10-cv-03350 |
| v. | ) ) | Judge Kenneth M. Hoyt |
| EXTENDED DISC NORTH AMERICA, INC., | ) ) ) ) | |
| Defendant. | ) ) ) ) ) ) | |

### ORDER DENYING DEFENDANT'S MOTION TO STAY LITIGATION PENDING REEXAMINATION

Before the Court is Defendant Extended DISC North America, Inc.'s Motion to Stay Pending Reexamination. After considering the motion and any response, this court is of the opinion that the motion should be DENIED.