IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. NO. 4:10-cv-03350 |
| v. | ) ) | |
| EXTENDED DISC NORTH AMERICA, INC., | ) ) ) | JUDGE KENNETH M. HOYT |
| Defendant. | ) ) ) | |

**PLAINTIFF TARGET TRAINING INTERNATIONAL, LTD.'S**
**AMENDED STATUS REPORT**

Pursuant to the Court's order of May 19, 2011, Plaintiff Target Training International, Ltd. ("TTI") submits this amended status report regarding TTI's Motion to Compel and the meeting and conference held May 26, 2011 regarding this issue.

TTI has now had an opportunity to review the documents contained in EDNA's latest round of production, pursuant to the May 26th meeting and attendant agreement of the parties. At this time, TTI is satisfied that EDNA has produced all documents that are the subject of TTI's Motion to Compel.

Respectfully submitted,

/s/ Michael E. Wilson
Michael E. Wilson
SLUSSER WILSON & PARTRIDGE, LLP
333 Clay Street, Suite 4720
Houston, Texas 77002
Phone: 713-860-3300
Fax: 713-860-3333
E-mail: wilson@slusser-law.com

Edmund J. Sease
Bradley J. Powers
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, Iowa 50309-2721
Phone: 515-288-3667
Fax: 515-288-1338
E-mail: sease@ipmvs.com
E-mail: brad.powers@ipmvs.com
E-mail: mvslit@ipmvs.com

ATTORNEYS FOR PLAINTIFF TARGET TRAINING INTERNATIONAL, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2011, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Mr. Stephen F. Schlather
Mr. John J. Edmonds
Collins, Edmonds & Pogorzelski, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Phone: (281) 501-3425
Fax: (832) 415-2535
E-mail: sschlather@cepiplaw.com
E-mail: jedmonds@cepiplaw.com

/s/ Michael E. Wilson