UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-10-3350 |
| | § | |
| EXTENDED DISC NORTH AMERICA, INC., aka EXTENDED DISC NORTH AMERICA, INC., | § § § § | |
| Defendant. | § § | |

## ORDER ENLARGING TIME

This matter came for consideration before the Court, the parties' stipulation to enlarge time, the Court hereby Orders that the December 14, 2010 Scheduling Order (Dkt. No. 23) and the April 21, 2011 Order Enlarging Time are amended as follows:

1. Disclosure of parties' claim construction experts and reports is moved from May 23, 2011 to June 6, 2011;

2. Deadline to amend pleading (pre-claim construction) is moved from May 23, 2011 to June 6, 2011;

3. Deadline to file joint claim construction and pre-hearing statement is moved from May 23, 2011 to June 6, 2011;

4. Deadline for parties to provide candidates for court-appointed master or court-appointed expert is moved from May 23, 2011 to June 6, 2011;

5. Deadline for parties (optional) to provide the Court with written tutorials concerning technology involved in patent at issue is moved from May 23, 2011 to June 6, 2011;

6. Response to amended pleadings is moved from May 27, 2011 to June 10, 2011;

7. Discovery deadline on claim construction issues is moved from June 10, 2011 to June 20, 2011;

8. Service and filing of TTI's Claim Construction Opening Brief is moved from June 24, 2011 to July 1, 2011;

9. EDNA's Responsive Pleading and Supporting Evidence due to TTI is moved from July 15, 2011 to July 22, 2011;

10. TTI's Reply Brief and supporting evidence on claim construction is moved from July 22, 2011 to July 29, 2011;

11. Move the deadline for parties to file a Notice stating the estimated amount of time requested for the Claim Construction Hearing from July 22, 2011 to July 29, 2011.

It is so ORDERED.

SIGNED at Houston, Texas this 6th day of June, 2011.

_____
Kenneth M. Hoyt
United States District Judge