UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-10-3350 |
| EXTENDED DISC NORTH AMERICA, INC., aka EXTENDED DISC NORTH AMERICA, INC., | § § § § | |
| Defendant. | § | |

**ORDER FOR EXPEDITED RESPONSE**

The defendant's motion to stay litigation in view of rejection of all asserted claims and in view of copending case against EDI (#114) has been filed. A response to this motion is required on an expedited basis. The response is due no later than September 30, 2011.

SIGNED at Houston, Texas this 20th day of September, 2011.

_____
Kenneth M. Hoyt
United States District Judge