## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § Civil Action No. 4:10-cv-03350 |
| Plaintiff, | § |
| v. | § § |
| EXTENDED DISC NORTH AMERICA, INC., | § JURY TRIAL DEMANDED § § |
| Defendant. | § |

## ORDER

Came for consideration before the Court, Extended DISC North America, Inc.'s Amended Motion To Stay Litigation In View of Rejection of All Asserted Claims and in View of Copending Case Against EDI. The Court, having considered the papers and the arguments of counsel and good cause having been shown, **GRANTS** the motion and **ORDERS** as follows:

Further proceedings in this case are **STAYED** pending the conclusion of the reexamination of U.S. Patent No. 7,248,372;

The Parties shall submit to the Court a joint report regarding the status of the reexamination proceedings within six (6) months after the date of this Order and at six-month intervals thereafter until the PTO issues a final decision with respect to the reexamination; and

The Parties shall promptly advise the Court when the reexamination proceeding has been concluded, and the stay may be lifted.

*Alternatively:*

Further proceedings in this case are **STAYED** pending resolution of the lawsuit between Target Training International, Ltd. and Extended DISC International, Ltd. (4:11-cv-2531).

The Parties shall submit to the Court a joint report regarding the status of the above entitled case between Target Training International, Ltd. and Extended DISC International, Ltd. within six (6) months after the date of this Order and at six-month intervals thereafter until the case is concluded.