UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:10-cv-03350 |
| EXTENDED DISC NORTH AMERICA, INC., | § § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

**DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS PURSUANT TO P.R. 3-7**

Came for consideration before the Court, Extended DISC North America, Inc.'s Motion for Leave to Amend Its Invalidity Contentions Pursuant to P.R. 3-7. The Court, having considered the papers and the arguments of counsel and good cause having been shown, **GRANTS** the motion and **ORDERS** as follows:

EDNA shall have one week from the date of this order to amend its invalidity contentions to add the prior art and associated arguments set forth in Extended DISC's inter partes reexamination request.

Signed this __ day of October, 2011.

_____

Judge Kenneth M. Hoyt