UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> EXTENDED DISC NORTH AMERICA, INC., <br><br> Defendant. | Civil Action No. 4:10-cv-03350 <br><br> Judge Kenneth M. Hoyt |

ORDER

This matter came for consideration before the Court, Target Training International's Opposition to Extended Disc's Motion to Stay Litigation in View of Rejection of All Asserted Claims and in View of Copending Case Against EDI. The Court having considered the papers and the arguments of counsel and good cause having been shown **DENIES** the motion.

SIGNED on Oct. 3, 2011.

Kenneth M. Hoyt
United States District Judge