UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § | Civil Action No. 4:10-cv-03350 |
| Plaintiff, | § § | |
| v. | § § | |
| EXTENDED DISC NORTH AMERICA, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## ORDER

Came for consideration before the Court, Target Training Int'l, Ltd.'s Motion to Amend Preliminary Infringement Contentions. The Court, having considered the papers and the arguments of counsel, finds that the motion should be **DENIED**.

It is so **ORDERED**.

Signed this 25th day of October, 2011.

Judge Kenneth M. Hoyt