| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|



Motion and Order for Admission *Pro Hac Vice*



| Division | Houston | Case Number | 4:10-cv-03350 |
|---|---|---|---|

| TARGET TRAINING INTERNATIONAL, LTD. |
|---|
| *versus* |
| EXTENDED NORTH AMERICA, INC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Joshua B. Long<br>Collins, Edmonds & Pogorzelski, PLLC<br>1616 S. Voss, Ste. 125<br>Houston 77057<br>(281) 501-3425<br>Texas 24078876 |
|---|---|
| Seeks to appear for this party: | Defendant |
| Dated: 11/15/2011 | Signed: |

The state bar reports that the applicant's status is: eligible .

| Dated: 11/15/11 | Clerk's signature: |
|---|---|

Order          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
United States District Judge