UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-10-3350 |
| | § | |
| EXTENDED DISC NORTH AMERICA, INC., aka EXTENDED DISC NORTH AMERICA, INC., | § § § § | |
| Defendant. | § | |

## **ORDER**

Before the Court are the competing discovery motions [Nos. 154 - 156] of the plaintiff and defendant. The Court has patiently worked through many similar exchanges at its own expense or time. The parties should, therefore, work out their discovery differences; otherwise, discovery will not be accomplished. The Court STRIKES the plaintiff's and defendant's motions and ORDERS the parties to confer and agree.

SIGNED at Houston, Texas this 9th day of January, 2012.

_____
Kenneth M. Hoyt
United States District Judge