IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD.<br><br>v.<br><br>EXTENDED DISC NORTH AMERICA, INC. | CIVIL ACTION NO. 4:10-CV-03350<br><br>JURY TRIAL DEMANDED |

## ORDER

CAME BEFORE THE COURT the Motion For Protective Order (Dkt. No. 158) filed by Defendant Extended DISC North America, Inc. Upon consideration of the Motion and other matters of record, the Motion is hereby **GRANTED**. Plaintiff Target Training International, Ltd. is hereby **ORDERED** from referencing, referring to, or otherwise using Dr. Richard Cooper's October 28th report without specific permission of the Court.

It is SO ORDERED.

SIGNED this 18th day of January, 2012.

Kenneth M. Hoyt
United States District Judge