# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § | Civil Action No. 4:10-cv-03350 |
| Plaintiff, | § | |
| v. | § § | |
| EXTENDED DISC NORTH AMERICA, INC., | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## ORDER

Came for consideration before the Court, Extended DISC North America, Inc.'s Renewed Motion to Stay Litigation Pending Reexamination in View of Final Rejection of All Asserted Claims. The Court, having considered the papers and the arguments of counsel and good cause having been shown, **GRANTS** the motion and **ORDERS** as follows:

Further proceedings in this case are **STAYED** pending final disposition of the reexamination of U.S. Patent No. 7,248,372, including any appeals therefrom;

The Parties shall submit to the Court a joint report regarding the status of the reexamination proceedings within six (6) months after the date of this Order and at six-month intervals thereafter until there is a final disposition with respect to the reexamination, including any appeals therefrom; and

The Parties shall promptly advise the Court when there is a final disposition relative to the reexamination of the '372 patent.

Signed this _____ day of February, 2012.

_____
U.S. District Judge Kenneth M. Hoyt