UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-10-3350 |
| EXTENDED DISC NORTH AMERICA, INC., aka EXTENDED DISC NORTH AMERICA, INC., | § § § § | |
| Defendant. | § § | |

## ORDER FOR EXPEDITED RESPONSE

The defendant's renewed motion to stay litigation pending reexamination in view of final rejection of all asserted claims (#160) has been filed. A response to this motion is required on an expedited basis. The response is due no later than February 1, 2012.

SIGNED at Houston, Texas this 24th day of January, 2012.

_____
Kenneth M. Hoyt
United States District Judge