UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> EXTENDED DISC NORTH AMERICA, INC., <br><br> Defendant. | Civil Action No. 4:10-cv-03350 <br><br> Judge Kenneth M. Hoyt |

**PROPOSED ORDER**

This matter came for consideration before the Court, Target Training International's Motion for Extension of Time of Discovery and request for extension of dispositive motion deadline. The Court having considered the papers and the arguments of counsel and good cause having been shown **GRANTS** the motion and **ORDERS** the discovery deadline to be extended from January 20, 2012 until March 31, 2012 for the limited purpose of completing the depositions of Mr. Whitlow and EDI. The Court further **ORDERS** the dispositive motion deadline from February 17, 2012 to April 13, 2012, responsive motions from March 2, 2012 to April 27, 2012, and reply motions from March 9, 2012 to May 4, 2012.

SIGNED on _____, 2012.    _____
                                                                                              Kenneth M. Hoyt
                                                                                              United States District Judge