UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-10-3350 |
| EXTENDED DISC NORTH AMERICA, INC., aka EXTENDED DISC NORTH AMERICA, INC., | § § § § | |
| Defendant. | § § | |

### ORDER

The matter for consideration before the Court is Target Training International's Motion to Quash Subpoena to Ajamie LLP. The Court having considered the papers and the arguments of counsel and good cause having been shown **GRANTS** the Motion to Quash and **ORDERS** that EDNA's subpoena served on Ajamie LLP be quashed.

So **ORDERED.**

SIGNED at Houston, Texas this 1st day of February, 2012.

_____
Kenneth M. Hoyt
United States District Judge