UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>EXTENDED DISC NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 4:10-cv-03350<br><br>Judge Kenneth M. Hoyt |

## ORDER

This matter came for consideration before the Court, Target Training International's Opposition to Extended Disc's Motion to Stay Litigation Pending Reexamination in View of Final Rejection of All Asserted Claims. The Court having considered the papers and the arguments of counsel and good cause having been shown **DENIES** the motion **WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Extended Disc must seek leave of this Court before filing any further motions requesting a stay of these proceedings.

SIGNED on Feb. 2, 2012.

Kenneth M. Hoyt
United States District Judge