# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § § § § § § § § | Civil Action No. 4:10-cv-03350 |
| Plaintiff, | | |
| v. | | |
| EXTENDED DISC NORTH AMERICA, INC., | | JURY TRIAL DEMANDED |
| Defendant. | | |

## DECLARATION OF JOSHUA B. LONG

I, **JOSHUA B. LONG**, declare under penalty of perjury as follows:

1. My name is Joshua B. Long. I am over the age of twenty-one (21) years, am competent to testify on the matters stated herein, have personal knowledge of the facts and statements in this declaration and declare that each of the facts is true and correct.

2. I am an associate at the law firm of Collins, Edmonds & Pogorzelski, PLLC ("CEPIP") and am counsel of record for Defendant, Extended DISC North America, Inc. ("EDNA") in the above-referenced matter.

3. Attached hereto as Exhibit B is a true and correct copy of an email sent from Scott Schlather, counsel for EDNA, to Scott Johnson, counsel for Plaintiff Target Training International, Ltd ("TTI"), sent on January 16, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of an email sent from Steve Schlather to Scott Johnson and Brad Power, counsel for TTI sent on January 23, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of an email sent from Steve Schlather to Scott Johnson sent on January 24, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Houston, Texas on this 6th day of February, 2012.

/s/ *Joshua B. Long*
Joshua B. Long