**Subject:** TTI v EDNA - Discovery Deadline
**Date:** Monday, January 23, 2012 10:22 AM
**From:** Steve Schlather <sschlather@cepiplaw.com>
**To:** "R. Scott Johnson" <scott.johnson@ipmvs.com>, "Brad J. Powers" <brad.powers@ipmvs.com>
**Cc:** John Edmonds <jedmonds@cepiplaw.com>, Josh Long <jlong@cepiplaw.com>, Marshall Werner <mwerner@cepiplaw.com>

Scott & Brad:

Attached is a draft motion to extend the discovery deadline for the Whitlow and EDI discovery, in acccordance with our agreement last week.

I would like to get this filed today, so please send me any comments or changes by COB.  Also note that since this is styled as a joint motion, it will need your sig block.

Thanks,

**Steve Schlather**



Collins Edmonds Pogorzelski
Schlather & Tower, PLLC
1616 Voss Rd., Ste. 125
Houston, Texas 77057
713.364.2371 (direct)
832.715.1092 (cell)
832.415.2535 (fax)
sschlather@cepiplaw.com
www.cepiplaw.com


**Houston, TX**          **Longview, TX**          **Santa Ana, CA**