IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TARGET TRAINING INTERNATIONAL,
LTD.

v.

EXTENDED DISC NORTH AMERICA, INC.

CIVIL ACTION NO. 4:10-CV-03350

JURY TRIAL DEMANDED

## <u>ORDER</u>

CAME for consideration before the Court, Target Training International, Ltd.'s Motion for Extension of Time to Extend Discovery Deadline (Dkt. No. 162). The Court, having considered the papers and arguments of counsel, finds that the motion should be **DENIED**.

It is so **ORDERED**.