UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-10-3350 |
| | § | |
| EXTENDED DISC NORTH AMERICA, INC., aka EXTENDED DISC NORTH AMERICA, INC., | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Came for consideration before the Court, Target Training International, Ltd.'s motion for extension of time to extend discovery deadline (Dkt. No. 162). The Court, having considered the papers and arguments of counsel, finds that the motion should be Denied as the parties can or have agreed to a deposition schedule.

It is so Ordered.

SIGNED at Houston, Texas this 7th day of February, 2012.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1