UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARGET TRAINING INTERNATIONAL, LTD.,, | § § § § | |
| Plaintiff, VS. | § § | CIVIL ACTION NO. H-10-3350 |
| EXTENDED DISC NORTH AMERICA, INC.,; aka EXTENDED DISC NORTH AMERICA, INC.,, | § § § § § | |
| Defendant. | § | |

## ORDER

The matter for consideration before the Court is the defendant, Extended DISC North America, Inc.'s, motion to strike the expert report of Joseph Gemini. The Court having considered the papers and the arguments of counsel and good cause having been shown DENIES the motion to strike. To the extent that an expert's testimony, as opposed to report, is inadmissible, the Court will address that matter during trial.

It is so Ordered

SIGNED at Houston, Texas this 6th day of March, 2012.

Kenneth M. Hoyt
United States District Judge