UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., ) ) ) ) Plaintiff, ) ) ) v. ) ) ) EXTENDED DISC NORTH AMERICA, ) INC., ) ) ) Defendant. ) ) | Civil Action No. 4:10-cv-03350<br><br>Judge Kenneth M. Hoyt<br><br><u>D. Palacios</u><br>Case Manager |

## THIRD AMENDED EXHIBIT LIST OF PLAINTIFFS

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| Plaintiff's Ex. 1 | U.S. Patent No. 7,249,372 (Bonnstetter Patent-in-suit) |  |  |  |  |
| Plaintiff's Ex. 5 | Markku Kauppinen Declaration in support of EDNA's opposition to TTI's Mot to Compel [56-4] |  |  |  |  |
| Plaintiff's Ex. 6 | Markku Kauppinen Declaration in support of EDNA's Motion for Protective Order re Franchise Agreement [Document No. 55-2] |  |  |  |  |
| Plaintiff's Ex. 7 | Supplemental Declaration of Markku Kauppinen in support of EDNA's Sur-Reply in Opposition to TTI's Motion to Compel [64-1] |  |  |  |  |
| Plaintiff's Ex.8 | Markku Kauppinen Declaration in Support of EDNA's Motion for Summary Judgment [Document No. 070-1] |  |  |  |  |
| Plaintiff's Ex. 9 | 09/23/10 email from Jukka Sappinen to Markku Kauppinen |  |  |  |  |
| Plaintiff's Ex. 11 | 10/02/10 email from Jukka Sappinen to Markku Kauppinen |  |  |  |  |
| Plaintiff's Ex. 12 | EDNA0006997-EDNA0007100 Summaries of Sales Receipts and Invoices |  |  |  |  |

1

| | | | | | |
|---|---|---|---|---|---|
| Plaintiff's Ex. 13 | Printout of website of Extended DISC Offices | | | | |
| Plaintiff's Ex. 14 | EDNA00089-EDNA000119 (Extended DISC Team Analysis Report for ABC, Inc.) | | | | |
| Plaintiff's Ex. 15 | Printout of EDNA's website (www.extendeddisc-na.com/asellers/index.asp) | | | | |
| Plaintiff's Ex. 16 | Printout of EDNA's website (www.extendeddisc-na.com/specialoffers/index-original.asp) | | | | |
| Plaintiff's Ex. 17 | Printout of Extended DISC On-site Certification Training website (www.extendeddesc-na.com/certification/onsite.asp) | | | | |
| Plaintiff's Ex. 18 | Printout of Extended DISC Public Certification website (www.extendeddesc-na.com/certification/public.asp) | | | | |
| Plaintiff's Ex. 19 | Printout of Extended DISC Test Drive webpage (www.extendeddesc-na.com/testdrive/subscribe.asp) | | | | |
| Plaintiff's Ex. 20 | Printout of Extended DISC Personal Analysis 360 webpage (www.extendeddisc-na.com/products/pa360.asp) | | | | |
| Plaintiff's Ex. 21 | Printout of Extended DISC Surveys Platform webpage (www.extendeddisc-na.com/products/splatform.asp) | | | | |
| Plaintiff's Ex. 22 | Printout of Extended DISC Team Analysis webpage (www.extendeddisc-na.com/products/tanalysis.asp) | | | | |
| Plaintiff's Ex. 23 | Printout of Extended DISC Individual Assessments webpage (www.extendeddisc-na.com/products/index.asp) | | | | |
| Plaintiff's Ex. 24 | Printout of Extended DISC International The Validation Process webpage (www.extendeddisc.com/Extended-DISC-R/Validation) | | | | |
| Plaintiff's Ex. 25 | EDNA0003814-EDNA0003815 Extended DISC Enrollment form | | | | |
| Plaintiff's Ex. 26 | Complete printout of EDNA website (extendeddisc-na.com) | | | | |
| Plaintiff's Ex. 27 | TTI E0000563 Extended DISC Personal Analysis – Validation Report 2009 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Plaintiff's Ex. 28 | TTI E0000571 Page from that Extended DISC Personal Analysis Validation Report 2009 | | | | |
| Plaintiff's Ex. 29 | EDNA 0003852 Cancellation of the Franchise Agreement | | | | |
| Plaintiff's Ex. 30 | EDNA0001700-1727 Extended DISC System Manual | | | | |
| Plaintiff's Ex. 31 | EDNA0001608-1676 Extended DISC System Tool Manual | | | | |
| Plaintiff's Ex. 34 | EDNA0003812-3813 Extended DISC Sales by Product 7-24 to 12-31-2007 | | | | |
| Plaintiff's Ex. 35 | EDNA0003779-3786 Product Sales 7-24 to 12-31-2007 and Jan to Dec-2008 | | | | |
| Plaintiff's Ex. 36 | Marshall Goldsmith FeedFoward Tool, www.marshallgoldsmithfeedforward.com/html/order, retrieved from Internet 6/30/2011 | | | | |
| Plaintiff's Ex. 37 | EDNA0003071 Extended DISC Information Partner You need – Agreement 3-15-2010 | | | | |
| Plaintiff's Ex. 38 | EDNA0003055 Extended DISC Information Partner You Need – Agreement 9-30-2008 | | | | |
| Plaintiff's Ex. 39 | EDNA0003056-3058 Exhibit A to Agreement by and between Extended Disc and Texas EZPAWN | | | | |
| Plaintiff's Ex. 40 | EDNA0002518-2533 Vendor Agreement 8-30-2004 Sandler Systems and Extended DISC | | | | |
| Plaintiff's Ex. 41 | EDNA0002605-2610 Amendment to Vendor Agreement 1-18-2011 Extended DISC and Sandler Systems | | | | |
| Plaintiff's Ex. 42 | EDNA0002555-2586 T. Crudup at Verizon letter to Kauppinen at Extended DISC 1-30-2006 Agreement Verizon Contract No. C0607075 | | | | |
| Plaintiff's Ex. 43 | EDNA0002595--2597 T. Crudup at Verizon letter to Kauppinen at Extended DISC 8-22-2007 Agreement Verizon Contract No. C0607075 | | | | |
| Plaintiff's Ex. 44 | EDNA0002543-2554 Amendment No 1 to Agreement for Services No. C0607075 between Verizon 1/3/2008 and Extended DISC 12/24/07 | | | | |
| Plaintiff's Ex. 45 | EDNA0002536-2537 Strategic Partnership Agreement dated 11-8-2003 | | | | |

|  | Univ. Assoc. and Extended DISC |  |  |  |  |
|---|---|---|---|---|---|
| Plaintiff's Ex. 46 | EDNA0002513-2517 Letter of Agreement between Extended DISC 8/27/07 and Joan Ridgeway 8/16/07 |  |  |  |  |
| Plaintiff's Ex. 47 | www.extendeddisc-na.com/products/smaterials.asp retrieved from Internet 7/4/11 |  |  |  |  |
| Plaintiff's Ex. 48 | EDNA0002534-2535 Letter of Agreement between Dr. Marshall Goldsmith 5/9/04 and Extended DISC |  |  |  |  |
| Plaintiff's Ex. 50 | Letter from Ed Sease MVS to Extended DISC M. Kauppinen 3-19-2009, US Patent 7,249,372 |  |  |  |  |
| Plaintiff's Ex. 51 | Letter from Ed Sease MVS to Extended DISC M. Kauppinen 7/1/2009 US Patent 7,249,372 |  |  |  |  |
| Plaintiff's Ex. 52 | Letter from Sean Sullivan Buche & Assoc. to Ed Sease at MVS 7/21/2009 US Patent 7,249,372 |  |  |  |  |
| Plaintiff's Ex. 53 | Letter to Sean Sullivan Buche & Assoc. from Ed Sease at MVS 9/23/2009 US Patent 7,249,372 |  |  |  |  |
| Plaintiff's Ex. 54 | Letter from Sean Sullivan Buche & Assoc to Ed Sease at MVS 10/9/2009 US Patent 7,249,372 for settlement purposes only – FRE 408 |  |  |  |  |
| Plaintiff's Ex. 56 | SANDLER000001-6 Sandler Systems Document #3, DISC Ordering Process |  |  |  |  |
| Plaintiff's Ex. 57 | TTI006676-6701 Extended DISC Online System - Extended DISC Personal Analysis |  |  |  |  |
| Plaintiff's Ex. 58 | SANDLER000007-28 Sandler Systems Document #2 Extended DISC Personal Analysis Report |  |  |  |  |
| Plaintiff's Ex. 59 | Extended DISC Personal Analysis report of Tom Sample 3/2/2009 (EDNA000035-146) |  |  |  |  |
| Plaintiff's Ex. 60 | SANDLER000053-254 Sandler Systems Document #4, Extended DISC Product Sales Report – Oct 2005 |  |  |  |  |
| Plaintiff's Ex. 61 | SANDLER000029-52 Sandler Systems Document #1, Vendor Agreement Sandler and Extended DISC dated 8/30/2004 |  |  |  |  |
| Plaintiff's Ex. 65 | Extended DISC® VIP Access (Phillip Adam) |  |  |  |  |

4

| | | | | | |
|---|---|---|---|---|---|
| Plaintiff's Ex. 66 | User Instruction: How to Create a New Account (EDNA0003816-3832) | | | | |
| Plaintiff's Ex. 71 | U.S. Patent No. 5,551,880 (Bonnstetter Patent) | | | | |
| Plaintiff's Ex. 81 | Summary of Accused Product Sales (July 24, 2007 – June 30, 2011) Exhibit 6 to Walter Bratic's Expert Report | | | | |
| Plaintiff's Ex. 104 | Extended DISC Personal Analysis sample (EDNA000035-EDNA000076) | | | | |
| Plaintiff's Ex. 105 | Extended DISC Job Analysis (Bates Nos. EDNA0001587-EDNA0001589) | | | | |
| Plaintiff's Ex. 106 | Memorandum and Order regarding Markman (Dkt. No. 113) dated 09/02/11 | | | | |
| Plaintiff's Ex. 107 | '372 File Wrapper | | | | |
| Plaintiff's Ex. 108 | Extended DISC assessment from (ADAM000013-ADAM000014) | | | | |
| Plaintiff's Ex. 109 | Declaration of Bill Bonnstetter in support of TTI's Opposition EDNA's Motion for Summary Judgment (Dkt. NO. 103-2) | | | | |
| Plaintiff's Ex. 110 | TTI Financial Statements as of 12/31/10 (TTI002648-TTI002656) (Bill Bonnstetter Depo. Def. Ex. 29) | | | | |
| Plaintiff's Ex.111 | Adding a new instrument to the Web System (TTI000446-452) (Bill Bonnstetter Depo. Def. Ex. 40) | | | | |
| Plaintiff's Ex. 112 | TTI000456-457 Notes on XCF code (Bill Bonnstetter Depo. Def. Ex. 41) | | | | |
| Plaintiff's Ex. 113 | TTI000464-470 DataBase Modification Request (Bill Bonnstetter Depo. Def. Ex. 42) | | | | |
| Plaintiff's Ex. 114 | TTI000458-463 Entering account names for alphabetization (Bill Bonnstetter Depo. Def. Ex. 43) | | | | |
| Plaintiff's Ex. 115 | TTI000471-486 IDS Docs screens (Bill Bonnstetter Depo. Def. Ex. 44) | | | | |
| Plaintiff's Ex. 116 | TTI002658-2673, IDS Info, http://ttied.com/index.php/IDS retrieved Internet on 4/18/11 (Bill Bonnstetter Depo. Def. Ex. 45) | | | | |
| Plaintiff's Ex. 117 | TTI0000321-323 Multiple Emails Mark Mathis and John at Keylinecompany and Bill Cochran, George Donovan, Robin Waghner; Re: Extended DISC Results; 4/18/08, 4/15/08, 4/14/08 (Bill Bonnstetter Depo. Def. Ex. 50) | | | | |

| | |
|---|---|
| Plaintiff's Ex. 118 | TTI E0000363 Email Mark to Rick Bowers Re: Extended DISC Test Drive 9/4/09 (Bill Bonnstetter Depo. Def. Ex. 51) |
| Plaintiff's Ex. 119 | TTI E0000192 Email to Bill Bonnstetter from Frank Sproule, re: Your Extended DISC demo report, 10/27/08 (Bill Bonnstetter Depo. Def. Ex. 53) |
| Plaintiff's Ex. 120 | TTI E0000193 Email to Bill Bonnstetter from Frank Sproule, re: Extended DISC, 11/20/08 (Bill Bonnstetter Depo. Def. Ex. 54) |
| Plaintiff's Ex. 121 | TTI E0000194 Email to Bill Bonnstetter from Frank Sproule, re: Receipt from Extended DISC North America, Inc., 11/23/08 (Bill Bonnstetter Depo. Def. Ex. 55) |
| Plaintiff's Ex. 122 | TTI E0000195 Email to Bill Bonnstetter from Frank Sproule, re: Extended DISC VIP Access, 11/28/08 (Bill Bonnstetter Depo. Def. Ex. 56) |
| Plaintiff's Ex. 123 | TTI E0000233-235 Email to Jim Robbins and Anne Klink from Favor Larson, Re: Are DISC Assessments really different? 2/12/09 Webinar slides 21209.ppt; webinar recording.wav (Bill Bonnstetter Depo. Def. Ex. 57) |
| Plaintiff's Ex. 124 | Bill J. Bonnstetter, CV (Bill Bonnstetter Depo. Def. Ex. 58) |
| Plaintiff's Ex. 125 | TTI Performance Systems on Adverse Impact, 2010 TTI (Bill Bonnstetter Depo. Def. Ex. 59) |
| Plaintiff's Ex. 126 | Selecting Superior Performers Safely Under the Law, Research Report by Bill J. Bonnstetter October 2009 (Bill Bonnstetter Depo. Def. Ex. 60) |
| Plaintiff's Ex. 127 | Success Insights International, Ltd., Our Products (Bill Bonnstetter Depo. Def. Ex. 61) |
| Plaintiff's Ex. 128 | Email from Steve Schlather to Brad Powers dated 06/24/11 |
| Plaintiff's Ex. 129 | About Target Training International – 2007 (Rodney Cox Depo. Def. Ex. 14) |
| Plaintiff's Ex. 130 | Extended DISC North America, Inc. Balance Sheet as of July 24, 2007 (EDNA000964-EDNA000970) |

6

| | | | | | |
|---|---|---|---|---|---|
| Plaintiff's Ex. 131 | 2007 – 2010 Extended DISC Tax Returns (EDNA000971-EDNA001021) | | | | |
| Plaintiff's Ex. 132 | EDNA Customer Pricing Lists (EDNA0003837-EDNA0003844) | | | | |
| Plaintiff's Ex. 133 | Extended DISC Sales by Date Detail July 24-December 31, 2007 (EDNA0004643-EDNA0007100) | | | | |
| Plaintiff's Ex. 134 | Joseph Gemini Curriculum Vitae (Gemini's Expert Report, Exhibit A) | | | | |
| Plaintiff's Ex. 135 | TTI Income Statement Summary 2007-2010 (Gemini's Expert Report, Schedule 1) | | | | |
| Plaintiff's Ex. 136 | EDNA Accused Sales 07/24/07 – 12/31/10 (Gemini's Expert Report, Schedule 2) | | | | |
| Plaintiff's Ex. 137 | EDNA Other Sales 7/24/07-12/31/10 (Gemini's Expert Report, Schedule 3) | | | | |
| Plaintiff's Ex. 138 | EDNA Accused Sales Summary 07/24/07-12/31/10 (Gemini's Expert Report, Schedule 4) | | | | |
| Plaintiff's Ex. 139 | EDNA Profit and Loss Summary 7/24/07-12-31-10 (Gemini's Expert Report, Schedule 5) | | | | |
| Plaintiff's Ex. 140 | Reasonable Royalty Calculation 07/24/07 – 12/31/10 (Gemini's Expert Report, Schedule 6) | | | | |
| Plaintiff's Ex. 141 | Declaration of Markku Kauppinen in Support of EDNA's Motion for Summary Judgment dated 05/31/11 (Dkt. No. 070-1) | | | | |
| Plaintiff's Ex. 142 | Defendant's Objections and Fourth Supplemental Answer to Plaintiff's First Set of Interrogatories filed as Exhibit 2 of TTI's Opposition to EDNA's Motion for Summary Judgment dated 07/12/11 (Dkt. No. 103-12) | | | | |
| Plaintiff's Ex. 143 | Dr. Russ Watson's Resume (Watson's Expert Report Exhibit A) | | | | |
| Plaintiff's Ex. 144 | Extended DISC North America Inc. Sales by Date Detail July 24 – December 31, 2007 (Watson's Expert Report Exhibit J) (EDNA0004643-EDNA0004652) | | | | |
| Plaintiff's Ex. 145 | Extended DISC International form (Watson's Expert Report Exhibit L) (EDNA0002302 and EDNA0003053) | | | | |

7

| | | | | | |
|---|---|---|---|---|---|
| Plaintiff's Ex. 146 | Portions of Markku Kauppinen July 6, 2011 deposition (Watson's Expert Report Exhibit O) | | | | |
| Plaintiff's Ex. 147 | Expert Report or Richard G. Cooper, D.SC. Concerning Invalidity of U.S. Patent No. 7,249,372 dated November 11, 2011 | | | | |
| Plaintiff's Ex. 148 | Target Training International Customer Name List (TTI002675-TTI002688) | | | | |
| Plaintiff's Ex. 149 | Target Training International, Ltd. Financial Statements for the Twelve Months Ending December 31, 2009 (TTI003184-TTI003193) | | | | |
| Plaintiff's Ex. 150 | Extended DISC Personal Analysis sample (TTI006582-TTI006630) | | | | |
| Plaintiff's Ex. 151 | Customer Letters of Intent and Agreements (TTI006631-TTI006649) | | | | |
| Plaintiff's Ex. 152 | Priority Documents (TTIE0001048-TTIE0002106) | | | | |
| Plaintiff's Ex. 153 | File Folder Screen Shot (TTIE0001092-TTIE0001133) | | | | |
| Plaintiff's Ex. 154 | Extended DISC CSR Assessment sample (EDNA0008644-EDNA0008668) | | | | |
| Plaintiff's Ex. 155 | Extended DISC Healthcare Professional Assessment sample (EDNA0008669-EDNA0008699) | | | | |
| Plaintiff's Ex. 156 | Extended DISC Sales Candidate Report sample (EDNA0008700-EDNA0008707) | | | | |
| Plaintiff's Ex. 157 | Extended DISC Real Estate Agent Assessment Report sample (EDNA0008803-EDNA0008834) | | | | |
| Plaintiff's Ex. 158 | Extended DISC Sales Manage Assessment Report sample (EDNA008864-EDNA008895) | | | | |
| Plaintiff's Ex. 159 | Extended DISC Job Comparison (EDNA0009109-EDNA0009110) | | | | |
| Plaintiff's Ex. 160 | Extended DISC Client Webinar: Customizing Extended DISC Reports (EDNA0008602-EDNA0008606) | | | | |
| Plaintiff's Ex. 161 | Extended DISC Online System User Instruction: Howe to General Reports PowerPoint (EDNA0009016-EDNA0009026) | | | | |
| Plaintiff's Ex. 162 | Extended DISC Webinar: What is the | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Ideal DISC-style for This Job? (EDNA0009259-EDNA009263) | | | | |
| Plaintiff's Ex. 163 | U.S. Patent No. 6,594,668 | | | | |
| Plaintiff's Ex. 164 | Assignment of U.S. Patent 7,249,372 (2nd) (DX 16 - TTI000516-TTI000520) | | | | |
| Plaintiff's Ex. 165 | Provision Patent Application No. 60/176,420 (TTI003875-TTI0003928) | | | | |
| Plaintiff's Ex. 166 | Assignment for U.S. Patent 7,249, 372 (1st) (DX8 – TTI001802-TTI001806) | | | | |
| Plaintiff's Ex. 167 | Printouts of TTI's Internet Delivery Service (IDS) (TTI005267-TTI005277) | | | | |
| Plaintiff's Ex. 168 | Laurence Whitlow email and attachments to Rodney Cox regarding WeDBdoc.txt (TTI0006573-TTI0006581) | | | | |
| Plaintiff's Ex. 169 | Demonstratives to be prepared before trial | | | | |
| Plaintiff's Ex. 170 | Demonstratives to be prepared before trial | | | | |
| Plaintiff's Ex. 171 | Demonstratives to be prepared before trial | | | | |
| Plaintiff's Ex. 172 | Demonstratives to be prepared before trial | | | | |
| Plaintiff's Ex. 173 | Demonstratives to be prepared before trial | | | | |
| Plaintiff's Ex. 174 | Demonstratives to be prepared before trial | | | | |
| Plaintiff's Ex. 175 | Demonstratives to be prepared before trial | | | | |
| Plaintiff's Ex. 176 | Demonstratives to be prepared before trial | | | | |
| Plaintiff's Ex. 177 | Demonstratives to be prepared before trial | | | | |
| Plaintiff's Ex. 178 | Demonstratives to be prepared before trial | | | | |

Respectfully submitted,

/s/Bradley J. Powers
Edmund J. Sease
R. Scott Johnson
Bradley J. Powers
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone:  515-288-3667
Fax:  515-288-1338
Email:  sease@ipmvs.com
Email:  scott.johnson@ipmvs.com
Email:  brad.powers@ipmvs.com
Email:  mvslit@ipmvs.com
Michael E. Wilson
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010
Phone:  713-651-5420
Fax:  713-651-5246
Email:  mikewilson@fulbright.com


ATTORNEYS FOR PLAINTIFF TARGET
TRAINING INTERNATIONAL, LTD.

# CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2012, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:


Stephen F. Schlather
John J. Edmonds
Joshua B. Long
Collins, Edmonds & Pogorzelski, PLLC
1616 S. Voss Rd., Suite 125
Houston, TX 77057
Phone:  (281) 501-3425
Fax:  (832) 415-2535
Email:  sschlather@cepiplaw.com
Email:  jedmonds@cepiplaw.com

/s/Bradley J. Powers

10