UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD.,, <br><br> Plaintiff, <br> VS. <br><br> EXTENDED DISC NORTH AMERICA, INC.,; aka EXTENDED DISC NORTH AMERICA, INC.,, <br><br> Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:10-CV-3350 |

### ORDER

On July 25, 2012, this case was stayed until the U. S Patent and Trademark Office concludes the reexamination of U.S. Patent No. 7,249,372 and a certificate of reexamination issues pursuant to 35 U.S.C. § 316.

This case is, therefore, administratively closed pending the issuance of a certificate of reexamination.

It is so Ordered.

SIGNED at Houston, Texas this 28th day of September, 2012.

_____
Kenneth M. Hoyt
United States District Judge