UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TARGET TRAINING INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> EXTENDED DISC NORTH AMERICA, INC., <br><br> Defendant. | Civil Action No. 4:10-cv-03350 |

### ORDER ON UNOPPOSED MOTION TO WITHDRAW

On consideration of Plaintiff's Motion to permit Michael E. Wilson to Withdraw, the Court is of the opinion that the motion should be granted.

It is ORDERED by the Court that Michael E. Wilson of Fulbright & Jaworski, LLP be withdrawn as attorney of record for Target Training International, Ltd.

SIGNED on this 16th day of July, 2013.

Kenneth M. Hoyt
United States District Judge